1  Michael C. Kelley (SBN 090062)
   mkelley@sidley.com
2  Bradley H. Ellis (SBN 110467)
   bellis@sidley.com
3  Jose F. Sanchez (SBN 161362)
   jose.sanchez@sidley.com
4  Jodi E. Lopez (SBN 231117)
   jlopez@sidley.com
5  SIDLEY AUSTIN LLP
   555 West Fifth Street, 40th Floor
6  Los Angeles, California 90013
   Telephone:  (213) 896-6000
7  Facsimile:   (213) 896-6600

8  Michael L. Rugen (SBN 85578)
   mrugen@sidley.com
9  Robert B. Martin III (SBN 235489)
   rbmartin@sidley.com
10 SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
11 San Francisco, California 94104
   Telephone:  (415) 772-1200
12 Facsimile:   (415) 772-7400

13 Attorneys For Defendant KPMG LLP

14

15              UNITED STATES DISTRICT COURT

16              CENTRAL DISTRICT OF CALIFORNIA

17 IN RE NEW CENTURY          ) Consolid. Case No. 2:07-cv-00931-DDP
                              ) (FMOx)
18                            )
                              )
19                            ) **DISCOVERY MATTER**
                              )
20                            ) **NOTICE OF ERRATA**
                              )
21                            )
                              ) **[[PROPOSED] Stipulated Protective
22                            ) Order filed concurrently]**
                              )
23                            )
                              )
24                            )
                              )
25                            )
                              )
26                            )
                              )
27 _____

28

1  The original version of the document entitled "**[PROPOSED]**
2  **STIPULATED PROTECTIVE ORDER**" (C.D. Cal. Dkt. 398), filed by Defendant
3  KPMG LLP ("KPMG") on Tuesday June 9, 2009, was inadvertently filed without an
4  exhibit.  KPMG re-files the stipulation with the exhibit attached.

Dated: June 11, 2009

Respectfully submitted,

Michael C. Kelley (No. 090062)
Bradley H. Ellis (No. 110467)
Jose F. Sanchez (No. 161362)
Jodi E. Lopez (No. 231117)
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, California 90013
(213) 896-6000

Michael L. Rugen (No. 85578)
Robert B. Martin III (No. 235489)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
(415) 772-1200

By: *Bradley H. Ellis/JEL*
Bradley H. Ellis
Attorneys For Defendant KPMG LLP