LATHAM & WATKINS LLP
  Manuel A. Abascal (SBN 171301)
  Manny.Abascal@lw.com
  Ethan J. Brown (SBN 218814)
  Ethan.Brown@lw.com
  Heather C. Gorman (SBN 258920)
  Heather.Gorman@lw.com
355 South Grand Avenue
Los Angeles, CA 90071-1560
Phone: (213) 485-1234
Fax: (213) 891-8763

Attorneys for Defendant
Robert K. Cole

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NEW CENTURY | CASE NO. 2:07-CV-00931-DDP (FMOx) (LEAD CASE) <br><br>**NOTICE OF APPEARANCE** <br><br> Hon. Dean D. Pregerson |

1  PLEASE TAKE NOTICE that Heather C. Gorman of Latham &
2  Watkins LLP enters an appearance on behalf of Defendant Robert K. Cole in the
3  above-captioned matter.

Dated:  September 4, 2009                    Respectfully submitted,

LATHAM & WATKINS LLP
   Manuel A. Abascal
   Ethan J. Brown
   Heather C. Gorman

By /s/ Heather C. Gorman

Heather C. Gorman
*Counsel for Defendant Robert K. Cole*