Michael C. Kelley (SBN 090062)
mkelley@sidley.com
Bradley H. Ellis (SBN 110467)
bellis@sidley.com
Jodi E. Lopez (SBN 231117)
jlopez@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, 40th Floor
Los Angeles, California 90013
Telephone:  (213) 896-6000
Facsimile:   (213) 896-6600

Michael L. Rugen (SBN 85578)
mrugen@sidley.com
Robert B. Martin III (SBN 235489)
rbmartin@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone:  (415) 772-1200
Facsimile:   (415) 772-7400

Attorneys For Defendant KPMG LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NEW CENTURY | Consolid. Case No. 2:07-cv-00931-DDP (FMOx)<br><br>**DISCOVERY MATTER**<br><br>KPMG LLP'S NOTICE OF MOTION AND MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM LEAD PLAINTIFF NEW YORK STATE TEACHERS' RETIREMENT SYSTEM AND PLAINTIFFS CARL LARSON AND CHARLES HOOTEN<br><br>Date & Time:  October 14, 2009, 10 a.m.<br>Dept:  F<br>Discovery Cut-off:  None Set<br>Pretrial Conf.:  None Set<br>Trial Date:  None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE THAT on October 14, 2009 at 10:00 a.m., or as soon thereafter as the parties may be heard before the Honorable Fernando M. Olguin in Courtroom F of the United States District Court for the Central District of California, located at 312 N. Spring Street, Los Angeles, California 90012, Defendant KPMG LLP ("KPMG") will and hereby does move to compel the production of documents from Lead Plaintiff New York State Teachers' Retirement System and Plaintiffs Carl Larson and Charles Hooten (collectively "Plaintiffs") in the above-captioned action pursuant to Federal Rule of Civil Procedure 26(b)(1) and 37(a)(3)(A), and Local Rule 37.

      This motion is made following the conferences of counsel pursuant to Local Rule 7-3, which took place on June 5, 2009, July 23, 2009, and July 24, 2009. This motion is based on this Notice of Motion, the Joint Stipulation Regarding KPMG's Motion to Compel the Production of Documents from Plaintiffs, the Declaration of Jodi E. Lopez in Support of KPMG's Motion to Compel the Production of Documents, all other pleadings and papers on file in this action, and such other further written and oral argument and authorities as may be presented at or before the hearing on this Motion.

Dated: September 23, 2009

Respectfully submitted,

KPMG LLP

By: /s/ Bradley N. Ellis
Bradley H. Ellis
Attorneys For Defendant KPMG LLP

2

KPMG'S NOTICE OF MOTION AND MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS

LA1 1645255v.1