# Exhibit A

John W. Spiegel (State Bar No. 078935)
(John.Spiegel@mto.com)
Kathleen M. McDowell (State Bar No. 115976)
(Kathleen.McDowell@mto.com)
Daniel A. Lyons (State Bar No. 238179)
(Daniel.Lyons@mto.com)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants
BRAD A. MORRICE
and PATTI M. DODGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NEW CENTURY | CASE NO. 2:07-cv-00931-DDP (FMOx)<br>(Lead Case)<br>Judge: Hon. Dean D. Pregerson<br><br>FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION FROM DEFENDANTS BRAD A. MORRICE AND PATTI M. DODGE TO NAMED PLAINTIFFS NEW YORK STATE TEACHERS RETIREMENT SYSTEM, CARL LARSON, and CHARLES HOOTEN |

7000421.2

DODGE AND MORRICE'S FIRST SET OF REQUESTS
FOR PRODUCTION TO NYSTRS
2:07-CV-00931 (DDP) (FMOX)

Exhibit A
P. 1

Pursuant to Federal Rules of Civil Procedure 26 and 34, Defendants Brad A. Morrice and Patti M. Dodge request that Plaintiffs New York State Teachers Retirement System, Carl Larson, and Charles Hooten produce at the law offices of Munger, Tolles & Olson LLP, 355 South Grand Avenue, 35th Floor, Los Angeles, CA 90071-1560, on or before March 9, 2009, the documents and electronically stored information described below in the following Rule 34 Requests.

## DEFINITIONS

1. "COMPLAINT" refers to the Second Amended Consolidated Class Action Complaint filed in this proceeding on April 30, 2008.

2. "NEW" refers to New Century Financial Corporation.

3. "NEW SECURITY" refers to any securities issued by New Century Financial Corporation or one of its subsidiaries, including but not limited to New Century Financial Corporation common stock; New Century 9.125% Series A Cumulative Redeemable Preferred Stock; New Century 9.125% Series B Cumulative Redeemable Preferred Stock; asset-backed securities, including but not limited to mortgage-backed securities; and/or put options or call options issued on any of the preceding classes of securities.

## REQUESTS FOR PRODUCTION (FIRST SET)

**REQUEST FOR PRODUCTION NO. 1:**

Documents sufficient to show any purchase, sale, exchange or other investment transaction consummated or considered by you, or proposed to you by any person (whether consummated or not) in connection with any NEW SECURITY between January 1, 2004 and the present, including, but not limited to, documents showing the name of the person that was the legal owner of the security.

**REQUEST FOR PRODUCTION NO. 2:**

Documents sufficient to show any income, including dividend and interest

income, received by you from or paid on any NEW SECURITY between January 1, 2000 and the present.

**REQUEST FOR PRODUCTION NO. 3:**

All documents reflecting or concerning any communications between you and any person (including your employees) about NEW or any NEW SECURITY (other than privileged communications between you and your inhouse or outside legal counsel) between January 1, 2000 and the present, including all documents received from or sent to, or communications with, the Bankruptcy Examiner, Creditors' Committee, Liquidating Trustee, or any governmental agency.

**REQUEST FOR PRODUCTION NO. 4:**

All documents reflecting or concerning any analysis, evaluation, summary, or report on or about NEW between January 1, 2000 and the present, including but not limited to reports by securities analysts, whether prepared by you or by any other person, including any documents showing the time or manner of your receipt of such documents.

**REQUEST FOR PRODUCTION NO. 5:**

All documents reflecting or concerning guidelines, policies, procedures, practices, rules, goals, plans or criteria relating to domestic equity investments or investment decisions that were made or were to be made by you from January 1, 2000 through December 31, 2007, including, without limitation, documents concerning: (a) your investment objectives; (b) permissible investments by you or on your behalf; (c) your risk tolerance with respect to the purchase, holding, or sale of securities; and (d) minutes or other recordings of any committees or other groups charged with responsibility for making investment decisions.

**REQUEST FOR PRODUCTION NO. 6:**

All documents discussing your investment in equity securities issued by companies whose primary business is or was residential prime or subprime mortgage lending (including, but not limited to, Accredited Home, Aegis, Argent,

Countrywide, First Franklin, Fremont, Fieldstone, IndyMac, NEW, Novastar, Option One, and Saxon), including documents discussing whether to purchase or sell these securities and any research reports analyzing these companies or their securities, from January 1, 2004 through the present.

**REQUEST FOR PRODUCTION NO. 7:**

All documents discussing your investment in federal-agency mortgage backed securities and other residential mortgage-backed securities, including documents discussing whether to purchase or sell these securities and any research reports analyzing these securities from January 1, 2004 through the present.

**REQUEST FOR PRODUCTION NO. 8:**

All documents reflecting or concerning any information you considered, or upon which you relied, in making any investment decision (*e.g.*, purchasing, selling, or exchanging) concerning any NEW SECURITY between January 1, 2000 and the present. (For NEW's Form 10Ks and Form 10Qs, you may identify the documents by title in lieu of producing hard copies.)

**REQUEST FOR PRODUCTION NO. 9:**

All documents, including communications with investment advisors, reflecting or concerning any strategies, guidelines, policies, risks, and/or benefits relating to investing in companies in the residential subprime or other lending sector, or any other market sector in which you classified or included NEW between January 1, 2000 and December 31, 2007.

**REQUEST FOR PRODUCTION NO. 10:**

All documents reflecting or concerning any alleged misrepresentation, misstatement, or omission by any person (including defendants) and upon which you or the market allegedly relied in any purchase, sale, exchange or other investment transaction consummated or considered by you of any NEW SECURITY between January 1, 2000 and December 31, 2007. (For NEW's Form 10Ks and Form 10Qs, you may identify the documents by title in lieu of producing

| | |
|---|---|
| 1 | hard copies.) |
| 2 | **REQUEST FOR PRODUCTION NO. 11:** |
| 3 | All documents referenced in your COMPLAINT, including but not limited |
| 4 | to, any statements under oath or written statements from any person pertaining to |
| 5 | allegations in your complaint. (You may exclude NEW's Form 10Ks, Form 10Qs, |
| 6 | and the Examiner's Report from the scope of this request.) |
| 7 | **REQUEST FOR PRODUCTION NO. 12:** |
| 8 | All documents reflecting or concerning any monetary loss that you allegedly |
| 9 | incurred in connection with a NEW SECURITY. |
| 10 | **REQUEST FOR PRODUCTION NO. 13:** |
| 11 | All documents reflecting or concerning any policy or policies you had |
| 12 | between January 1, 2004 and the present for retaining, discarding, or destroying |
| 13 | documents or other records pertaining to investments made by you. |

DATED: February 9, 2009

MUNGER, TOLLES & OLSON LLP

By: _____
for John W. Spiegel

Attorneys for Defendants Brad A. Morrice and Patti M. Dodge

7000421.2 — - 4 -

DODGE AND MORRICE'S FIRST SET OF REQUESTS
FOR PRODUCTION TO NYSTRS
2:07-CV-00931 (DDP) (FMOX)

Exhibit A
P. 5