# Exhibit B

#37

Within the group of 3 plaintiffs, there are no responsive documents.

#38

Docs received from any other πs.
There may be other 'πs' lawyers who sought to be πs, and there might be docs. Not willing to give you those.

#50-57

[crossed out]

Docs we as lawyers gathered in prep of compl't are being withheld.
If we get docs from confid. witness in the course of investg., we'll produce them.

If a doc is in NYSTRS files, we'll produce.

9:00 am will continue call