# Exhibit C

NYSTRS got involved in lit secs suit first
- they selected as among the firms they interviewed.
- know they did an interview process, and selected us in the interview

#67, 69, 69
- If we build docs from witness we'll give them to you.
- If we had corresp. w/ Cws, we'll check to see which we give to you

- Jodi – we don't want your notes

Interviews in NC –
p6 – NYSTRS will produce docs suff.
   to reflect ties in NC.
- no comment re invested in NC.

- done based on an indexing approach

- there is discussion re NC found out of CA.

¶11 Bd minutes
   Notg' touches on their invested in NC

Will think about it

Exhibit C
P. 7