BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
(blairn@blbglaw.com)
ELIZABETH LIN (Bar No. 174663)
(elizabethl@blbglaw.com)
BENJAMIN GALDSTON (Bar No. 211114)
(beng@blbglaw.com)
MATTHEW P. JUBENVILLE (Bar No. 228464)
(matthewj@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
-and-
SALVATORE J. GRAZIANO
(sgraziano@blbglaw.com)
HANNAH E. GREENWALD ROSS
(hannah@blbglaw.com)
LAUREN A. MCMILLEN
(laurenm@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

Lead Counsel for Lead Plaintiff New York State Teachers' Retirement System

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IN RE NEW CENTURY

Case No.2:07-cv-00931-DDP (FMOx)
(Lead Case)

DECLARATION OF SERVICE

Judge: Hon. Fernando M. Olguin

I, Samuel E. Jones, declare:

1. That I am and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that my business address is 12481 High Bluff Drive, Suite 300, San Diego, California 92130.

2. That on September 23, 2009, I caused to be served the following documents:

- **DECLARATION OF ELIZABETH LIN IN OPPOSITION TO KPMG LLP'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM LEAD PLAINTIFF NEW YORK STATE TEACHERS' RETIREMENT SYSTEM AND PLAINTIFFS CARL LARSON AND CHARLES HOOTEN**

- **DECLARATION OF LEAD PLAINTIFF NEW YORK STATE TEACHERS' RETIREMENT SYSTEM IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT KPMG LLP'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS**

addressed as follows:

SEE ATTACHED SERVICE LIST

☐ **(BY U.S. MAIL**) I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collecting and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☐ **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

☐ **(BY FACSIMILE)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☒ **(BY ELECTRONIC MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for the collection and processing of document(s) to be transmitted electronically in Portable Document Format (PDF), and I caused such document(s) on this date to be transmitted via electronic

mail, by agreement among the parties pursuant to F.R.C.P. 5(b)(2)(F), to the email addresses of counsel for the parties as listed below.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 23rd day of September, 2009 at San Diego, California.

*/s/ Samuel E. Jones*
Samuel E. Jones

# SERVICE LIST

| **COUNSEL FOR PLAINTIFF AVI GOLD** | |
|---|---|
| Lionel Z. Glancy, Esq.<br>Peter A. Binkow, Esq.<br>Michael M. Goldberg, Esq.<br>GLANCY BINKOW<br>& GOLDBERG LLP<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067<br>Tel: (310) 201-9150<br>Fax: (310) 201-9160<br>info@glancylaw.com<br>pbinkow@glancylaw.com<br><br>Roy L. Jacobs, Esq.<br>ROY JACOBS & ASSOCIATES<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>Tel: (212) 685-0969<br>Fax: (212) 685-2036<br>rljacobs@pipeline.com | Laurence D. Paskowitz, Esq.<br>PASKOWITZ & ASSOCIATES<br>60 East 42nd Street, 46th Floor<br>New York, NY 10016<br>Tel: (212) 685-0969<br>Fax: (212) 685-2306<br><br>Nancy Kaboolian, Esq.<br>ABBEY SPANIER RODD<br>& ABRAMS, LLP<br>212 East 39th Street<br>New York, NY 10016<br>Tel: ( 212) 889-3700<br>Fax: (212) 684-5191<br>nkaboolian@abbeyspanier.com |

| **COUNSEL FOR PLAINTIFF CARL LARSON** |
|---|
| Marvin L. Frank, Esq.<br>MURRAY, FRANK & SAILER LLP<br>275 Madison Avenue<br>New York, NY 10016<br>Tel: (212) 682-1818<br>Fax: (212) 682-1892<br>mfrank@murrayfrank.com |

| **COUNSEL FOR PLAINTIFF CHARLES HOOTEN** | |
|---|---|
| Jeffery C. Zwerling, Esq.<br>Richard A. Speirs, Esq.<br>Stephen Brodsky, Esq.<br>ZWERLING, SCHACHTER<br>& ZWERLING, LLP<br>41 Madison Avenue, 32nd Floor<br>New York, NY 10010<br>Tel: (212) 223-3900<br>Fax: (212) 371-5969<br>jzwerling@zsz.com<br>rspeirs@zsz.com<br>sbrodsky@zsz.com | Kevin M. McGee, Esq.<br>ZWERLING, SCHACHTER<br>& ZWERLING, LLP<br>595 South Federal Highway, Suite 600<br>Boca Raton, FL 33432<br>Tel: (561) 544-2500<br>Fax: (561) 544-2501<br>kmcgee@zsz.com |

| **COUNSEL FOR DEFENDANTS PATTI M. DODGE AND BRAD A. MORRICE** |
|---|
| John W. Spiegel, Esq.<br>Kathleen M. McDowell, Esq.<br>Kevin S. Allred, Esq.<br>Luis Li, Esq.<br>MUNGER TOLLES & OLSON, LLP<br>355 South Grand Avenue, Suite 3500<br>Los Angeles, CA 90071-1560<br>Tel: (213) 683-9100<br>Fax: (213) 687-3702<br>spiegeljw@mto.com<br>kevin.allred@mto.com<br>luis.li@mto.com<br>kathleen.mcdowell@mto.com |

| **COUNSEL FOR ESTATE OF DEFENDANT EDWARD F. GOTSCHALL** |
| --- |
| Harriet S. Posner, Esq.<br>Gila Jones, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA 90071-3144<br>Tel: (213) 687-5000<br>Fax: (213) 687-5600<br>hposner@skadden.com<br>gila.jones@skadden.com |
| **COUNSEL FOR DEFENDANT ROBERT K. COLE** |
| Manny A. Abascal, Esq.<br>Ethan J. Brown, Esq.<br>Heather C. Gorman<br>LATHAM & WATKINS LLP<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071-1560<br>Tel: (213) 485-1234<br>Fax: (213) 891-8763<br>manny.abascal@lw.com<br>ethan.brown@lw.com<br>heather.horman@lw.com |

| **COUNSEL FOR DEFENDANTS MARILYN A. ALEXANDER, HAROLD A. BLACK, DAVID EINHORN, FREDRIC J. FORSTER, DONALD E. LANGE, MICHAEL M. SACHS, TERRENCE P. SANDVIK, AND RICHARD A. ZONA** |
| --- |
| Matthew E. Lilly, Esq.<br>Meryl L. Young, Esq.<br>Wayne W. Smith, Esq.<br>GIBSON DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA 92612<br>Tel: (949) 451-4038<br>Fax: (949) 451-4220<br>mlilly@gibsondunn.com<br>myoung@gibsondunn.com<br>wsmith@gibsondunn.com |
| **COUNSEL FOR DEFENDANT WILLIAM J. POPEJOY** |
| Ronald Rus, Esq.<br>Joel S. Miliband, Esq.<br>Jame P. Mascaro, Esq.<br>Leo J. Presiado, Esq.<br>Laurel R. Zaeske, Esq.<br>RUS MILIBAND & SMITH<br>2211 Michelson Drive, Seventh Floor<br>Irvine, CA 92612-1043<br>Tel: (949) 752-7100<br>Fax: (949) 252-1514<br>rrus@rusmiliband.com<br>jmiliband@rusmiliband.com<br>jmascaro@rusmiliband.com<br>lpresiado@rusmiliband.com<br>lzaeske@rusmiliband.com |

| **COUNSEL FOR DEFENDANTS BEAR, STEARNS & CO., INC., DEUTSCHE BANK SECURITIES, INC., JEFFERIES & COMPANY, INC., JMP SECURITIES LLC, MORGAN STANLEY & CO., INC., PIPER JAFFRAY & CO., ROTH CAPITAL PARTNERS, LLC., AND STIFEL, NICOLAUS & COMPANY, INC.** |
| --- |
| William F. Sullivan, Esq.<br>John S. Durrant, Esq.<br>Eleanor K. Mercado, Esq.<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 683-6000<br>Fax: (213) 627-0705<br>williamsullivan@paulhastings.com<br>johndurrant@paulhastings.com<br>eleanormercado@paulhastings.com |

| **COUNSEL FOR DEFENDANT KPMG LLP** | |
| --- | --- |
| Michael C. Kelley, Esq.<br>Bradley H. Ellis, Esq.<br>Jose F. Sanchez, Esq.<br>Jodi Lopez, Esq.<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Tel: (213) 896-6000<br>Fax: (213) 896-6600<br>mkelley@sidley.com<br>jose.sanchez@sidley.com<br>bellis@sidley.com<br>jlopez@sidley.com | Robert B. Martin III, Esq.<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Tel: (415) 772-1200<br>Fax: (415) 772-7400<br>rbmartin@sidley.com |