1  BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
2  BLAIR A. NICHOLAS   (Bar No. 178428)
(blairn@blbglaw.com)
3  ELIZABETH LIN   (Bar No. 174663)
(elizabethl@blbglaw.com)
4  BENJAMIN GALDSTON   (Bar No. 211114)
(beng@blbglaw.com)
5  MATTHEW P. JUBENVILLE  (Bar No. 228464)
(matthewj@blbglaw.com)
6  12481 High Bluff Drive, Suite 300
San Diego, CA 92130
7  Tel:   (858) 793-0070
Fax:  (858) 793-0323
8      -and-
SALVATORE J. GRAZIANO
9  (sgraziano@blbglaw.com)
HANNAH E. GREENWALD ROSS
10 (hannah@blbglaw.com)
LAUREN A. MCMILLEN
11 (laurenm@blbglaw.com)
1285 Avenue of the Americas
12 New York, NY 10019
Tel:   (212) 554-1400
13 Fax:  (212) 554-1444

14 Lead Counsel for Lead Plaintiff New
York State Teachers' Retirement System

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN RE NEW CENTURY | Case No.2:07-cv-00931-DDP (FMOx) (Lead Case) |
|---|---|
| | **NOTICE OF WITHDRAWAL OF APPEARANCE OF MATTHEW P. SIBEN** |
| | Judge:  Hon. Dean D. Pregerson<br>Mag.  Judge Fernando M. Olguin |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Matthew P. Siben is hereby withdrawn as counsel for Lead Plaintiff the New York State Teachers' Retirement System in this matter. Mr. Siben is no longer associated with the law firm of Bernstein Litowitz Berger & Grossmann LLP. Bernstein Litowitz Berger & Grossmann LLP and its attorneys will continue to represent Lead Plaintiff in this matter.

Dated: October 28, 2009

Respectfully submitted,
BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP

 */s/ Elizabeth Lin*
ELIZABETH LIN

BLAIR A. NICHOLAS
ELIZABETH LIN
BENJAMIN GALDSTON
MATTHEW P. JUBENVILLE
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

    -and-

SALVATORE J. GRAZIANO
HANNAH E. GREENWALD ROSS
LAUREN A. MCMILLAN
1285 Avenue of the Americas
New York, NY  10019
Tel:    (212) 554-1400
Fax:    (212) 554-1444

*Lead Counsel for Lead Plaintiff
The New York State Teachers' Retirement
System and the Class*

MARVIN L. FRANK
Murray, Frank & Sailer LLP
275 Madison Avenue
New York, NY 10016
Tel:   (212) 682-1818
Fax:   (212) 682-1892

*Counsel for Plaintiff Carl Larson*

JEFFREY ZWERLING
Zwerling, Schachter & Zwerling, LLP
41 Madison Avenue
New York, NY 10010
Tel:   (212) 223-3900
Fax:   (212) 371-5969

*Counsel for Plaintiff Charles Hooten*