BERNSTEIN LITOWITZ BERGER
      & GROSSMANN LLP
BLAIR A. NICHOLAS   (Bar No. 178428)
(blairn@blbglaw.com)
ELIZABETH P. LIN   (Bar No. 174663)
(elizabethl@blbglaw.com)
BENJAMIN GALDSTON   (Bar No. 211114)
beng@blbglaw.com
MATTHEW P. JUBENVILLE   (Bar No. 228464)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
      -and-
SALVATORE J. GRAZIANO
(sgraziano@blbglaw.com)
HANNAH E. GREENWALD
(hannah@blbglaw.com)
LAUREN A. MCMILLEN
(laurenm@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 554-1400
Fax:   (212) 554-1444

Lead Counsel for Lead Plaintiff the New
York State Teachers' Retirement System
and the Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NEW CENTURY | Case No.  2:07-cv-00931-DDP (FMOx) (Lead Case) <br><br> CONSOLIDATED CLASS ACTION <br><br> **DECLARATION OF SERVICE** <br><br><br> Judge Dean D. Pregerson <br> Mag.  Judge Fernando M. Olguin |

I, Brandy M. Roberts, do hereby certify that on this 28th day of October, 2009, true and correct copies of the following documents,

- NOTICE OF WITHDRAWAL OF APPEARANCE OF MATTHEW P. SIBEN

was filed electronically. Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System.

_/s/Brandy M. Roberts_
Brandy M. Roberts

# SERVICE LIST

## COUNSEL FOR PLAINTIFF AVI GOLD

Lionel Z. Glancy, Esq.
Peter A. Binkow, Esq.
Michael M. Goldberg, Esq.
GLANCY BINKOW
   & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Tel:  (310) 201-9150
Fax: (310) 201-9160
info@glancylaw.com
pbinkow@glancylaw.com

Roy L. Jacobs, Esq.
ROY JACOBS & ASSOCIATES
60 East 42nd Street, 46th Floor
New York, NY 10165
Tel:  (212) 685-0969
Fax: (212) 685-2036
rljacobs@pipeline.com

*Via ECF*

Laurence D. Paskowitz, Esq.
PASKOWITZ & ASSOCIATES
60 East 42nd Street, 46th Floor
New York, NY 10016
Tel:  (212) 685-0969
Fax: (212) 685-2306

Nancy Kaboolian, Esq.
ABBEY SPANIER RODD
   & ABRAMS, LLP
212 East 39th Street
New York, NY 10016
Tel:  ( 212) 889-3700
Fax: (212) 684-5191
nkaboolian@abbeyspanier.com

*Via ECF*

## COUNSEL FOR PLAINTIFF CARL LARSON

Marvin L. Frank, Esq.
MURRAY, FRANK & SAILER LLP
275 Madison Avenue
New York, NY 10016
Tel: (212) 682-1818
Fax: (212) 682-1892
mfrank@murrayfrank.com

*Via ECF*

## COUNSEL FOR PLAINTIFF CHARLES HOOTEN

Jeffery C. Zwerling, Esq.
Richard A. Speirs, Esq.
Stephen Brodsky, Esq.
ZWERLING, SCHACHTER
   & ZWERLING, LLP
41 Madison Avenue, 32nd Floor
New York, NY 10010
Tel:  (212) 223-3900
Fax: (212) 371-5969

Kevin M. McGee, Esq.
ZWERLING, SCHACHTER
   & ZWERLING, LLP
595 South Federal Highway, Suite 600
Boca Raton, FL 33432
Tel:  (561) 544-2500
Fax: (561) 544-2501
kmcgee@zsz.com

DECLARATION OF SERVICE
Case No. 2:07-cv-00931-DDP (FMOx)

jzwerling@zsz.com
rspeirs@zsz.com
sbrodsky@zsz.com

*Via ECF*

**COUNSEL FOR DEFENDANTS PATTI M. DODGE AND BRAD A. MORRICE**

John W. Spiegel, Esq.
Kathleen M. McDowell, Esq.
Kevin S. Allred, Esq.
Luis Li, Esq.
Daniel A. Lyons, Esq.
MUNGER TOLLES & OLSON, LLP
355 South Grand Avenue, Suite 3500
Los Angeles, CA 90071-1560
Tel: (213) 683-9100
Fax: (213) 687-3702
spiegeljw@mto.com
kevin.allred@mto.com
luis.li@mto.com
daniel.lyons@mto.com
kathleen.mcdowell@mto.com

*Via ECF*

**COUNSEL FOR DEFENDANT SUSAN GOTSCHALL, AS REPRESENTATIVE OF THE ESTATE OF EDWARD F. GOTSCHALL**

Harriet S. Posner, Esq.
Gila Jones, Esq.
SKADDEN, ARPS, SLTAE, MEAGHER & FLOM LLP
300 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel:  (213) 687-5000
Fax: (213) 687-5600
hposner@skadden.com
gila.jones@skadden.com

*Via ECF*

**COUNSEL FOR DEFENDANT ROBERT K. COLE**

Manny A. Abascal, Esq.
Heather C. Gorman
Ethan J. Brown, Esq.
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Tel: (213) 485-1234
Fax: (213) 891-8763
manny.abascal@lw.com

heather.horman@lw.com
ethan.brown@lw.com
*Via ECF*

**COUNSEL FOR DEFENDANTS MARILYN A. ALEXANDER, HAROLD A. BLACK, DAVID EINHORN, FREDRIC J. FORSTER, DONALD E. LANGE, MICHAEL M. SACHS, TERRENCE P. SANDVIK, AND RICHARD A. ZONA**

Matthew E. Lilly, Esq.
Meryl L. Young, Esq.
Stacy J. Marsh, Esq.
Wayne W. Smith, Esq.
GIBSON DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612
Tel: (949) 451-4038
Fax: (949) 451-4220
mlilly@gibsondunn.com
myoung@gibsondunn.com
smarsh@gibsondunn.com
wsmith@gibsondunn.com

*Via ECF*

**COUNSEL FOR DEFENDANT WILLIAM J. POPEJOY**

Ronald Rus, Esq.
Joel S. Miliband, Esq.
Jame P. Mascaro, Esq.
Leo J. Presiado, Esq.
Laurel R. Zaeske, Esq.
RUS MILIBAND & SMITH
2211 Michelson Drive, Seventh Floor
Irvine, CA 92612-1043
Tel: (949) 752-7100
Fax: (949) 252-1514
rrus@rusmiliband.com
jmiliband@rusmiliband.com
jmascaro@rusmiliband.com
lpresiado@rusmiliband.com
lzaeske@rusmiliband.com

*Via ECF*

**COUNSEL FOR DEFENDANTS BEAR, STEARNS & CO., INC., DEUTSCHE BANK SECURITIES, INC., JEFFERIES & COMPANY, INC., JMP SECURITIES LLC, MORGAN STANLEY & CO., INC., PIPER JAFFRAY & CO., ROTH CAPITAL PARTNERS, LLC., AND STIFEL, NICOLAUS & COMPANY, INC.**

William F. Sullivan, Esq.

John S. Durrant, Esq.
Eleanor K. Mercado, Esq.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Tel: (213) 683-6000
Fax: (213) 627-0705
williamsullivan@paulhastings.com
johndurrant@paulhastings.com
eleanormercado@paulhastings.com

*Via ECF*

**COUNSEL FOR DEFENDANT KPMG LLP**

Michael C. Kelley, Esq.
Jose F. Sanchez, Esq.
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Tel:  (213) 896-6000
Fax: (213) 896-6600
mkelley@sidley.com
jose.sanchez@sidley.com

*Via ECF*

Robert B. Martin III, Esq.
Bradley H. Ellis, Esq.
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 772-1200
Fax: (415) 772-7400
rbmartin@sidley.com
bellis@sidley.com

*Via ECF*

DECLARATION OF SERVICE
Case No. 2:07-cv-00931-DDP (FMOx)