# Exhibit 2

**Exhibit 2**
**Documents Relied Upon**
**by Allan W. Kleidon**

## Legal Documents

- Second Amended Consolidated Class Action Complaint, April 30, 2008
- Order Denying Defendants' Motion to Dismiss and Denying Motion to Strike, December 3, 2008

## Analyst Reports

| | |
|---|---|
| Center for Financial Research and Analysis | February 7, 2007 |
| Bear Stearns | February 8, 2007 |
| Center for Financial Research and Analysis | February 8, 2007 |
| Fox-Pitt, Kelton | February 8, 2007 |
| Friedman, Billings, Ramsey & Co., Inc. [4 pages] | February 8, 2007 |
| Friedman, Billings, Ramsey & Co., Inc. [9 pages] | February 8, 2007 |
| Jefferies & Company, Inc. | February 8, 2007 |
| Merrill Lynch & Co., Inc. | February 8, 2007 |
| Piper Jaffray & Co. | February 8, 2007 |
| Roth Capital Partners, LLC | February 8, 2007 |
| Roth Capital Partners, LLC | February 9, 2007 |
| Center for Financial Research and Analysis | February 20, 2007 |
| Center for Financial Research and Analysis | February 21, 2007 |
| Jefferies & Company, Inc. | February 22, 2007 |
| Merrill Lynch & Co., Inc. | February 22, 2007 |
| Jefferies & Company, Inc. | February 27, 2007 |
| Bear Stearns | March 1, 2007 |
| Center for Financial Research and Analysis | March 2, 2007 |
| Bear, Stearns & Co. Inc. | March 5, 2007 |
| Center for Financial Research and Analysis [Biggest Concerns List] | March 5, 2007 |
| Center for Financial Research and Analysis [Biggest Concerns Performance Update] | March 5, 2007 |
| Friedman, Billings, Ramsey & Co., Inc. | March 5, 2007 |

| | |
|---|---|
| - Jefferies & Company, Inc. | March 5, 2007 |
| - J.P. Morgan Securities Inc. | March 5, 2007 |
| - Merrill Lynch & Co., Inc. ["It can still get worse…"] | March 5, 2007 |
| - Merrill Lynch & Co., Inc. ["New Century woes a major headache…"] | March 5, 2007 |
| - Morgan Stanley | March 5, 2007 |
| - UBS Securities LLC | March 5, 2007 |
| - Center for Financial Research and Analysis | March 9, 2007 |
| - Fox-Pitt, Kelton | March 9, 2007 |
| - Friedman, Billings, Ramsey & Co., Inc. | March 9, 2007 |
| - Jefferies & Company, Inc. | March 9, 2007 |
| - Merrill Lynch & Co., Inc. | March 9, 2007 |
| - Piper Jaffray & Co. [Morning Meeting Summary] | March 9, 2007 |
| - Piper Jaffray & Co. [Company Note] | March 9, 2007 |
| - Piper Jaffray & Co. | March 12, 2007 |
| - Center for Financial Research and Analysis | March 19, 2007 |
| - Merrill Lynch & Co., Inc. | March 27, 2007 |
| - Jefferies & Company, Inc. | March 28, 2007 |
| - Center for Financial Research and Analysis | April 2, 2007 |
| - Center for Financial Research and Analysis | April 3, 2007 |
| - Friedman, Billings, Ramsey & Co., Inc. | April 3, 2007 |
| - Merrill Lynch & Co., Inc. | April 10, 2007 |
| - Jefferies & Company, Inc. | May 1, 2007 |
| - Roth Capital Partners, LLC | May 7, 2007 |

**Public Press**

- Public Press from Factiva from February 6, 2007 through March 20, 2007, and from May 24, 2007 through May 31, 2007, based on the search term "New Century Financial Corp."

**SEC Filings**

- New Century Financial Corp. Form 12b-25: Notification of Late Filing for the Period Ended December 31, 2006, filed on March 2, 2007
- New Century Financial Corp. Schedule 13D/A, Amendment to Schedule 13D, filed on March 8, 2007

- New Century Financial Corp. Form 8-K filed on February 7, 2007
- New Century Financial Corp. Form 8-K filed on March 8, 2007
- New Century Financial Corp. Form 8-K filed on March 12, 2007
- New Century Financial Corp. Form 8-K filed on March 13, 2007
- New Century Financial Corp. Form 8-K filed on May 24, 2007

**Academic Literature**

- Foster, George, *Financial Statement Analysis*, 2nd Ed., Prentice Hall, 1986
- Kothari, S. P., "Capital Markets Research in Accounting," *Journal of Accounting and Economics*, Vol. 31, 2001, pp. 105–231
- Lang, Mark H., and Russell J. Lundholm, "Corporate Disclosure Policy and Analyst Behavior," *The Accounting Review*, Vol. 71, No. 4, October 1996, pp. 467–92
- Schipper, Katherine, "Commentary: Katherine Schipper on Analyst Forecasts," *Accounting Horizons*, December 1991, pp. 105–21

**Miscellaneous**

- New Century Press Release, February 7, 2007
- www.haloscan.com/comments/calculatedrisk/4232822836438007318/, March 2, 2007, 6:23 PM
- Federal Reserve Chairman Ben S. Bernanke's Speech at the Federal Reserve Bank of Chicago's 43rd Annual Conference on Bank Structure and Competition, Chicago, IL, May 17, 2007
- U.S. Census Bureau – Manufacturing, Mining, and Construction Statistics – New Residential Construction: Building Permits (http://www.census.gov/const/www/newresconstindex.html and http://www.census.gov/const/www/C40/table1.html) and Housing Starts (http://www.census.gov/const/startsan.pdf)
- *The 2009 Mortgage Market Statistical Annual – Volume I: The Primary Market*, Inside Mortgage Finance Publications, Inc., 2009
- Mortgage Bankers Association – National Delinquency Survey, http://www.mbaa.org/files/Research/NDSFactSheet.pdf
- Federal Home Loan Mortgage Corporation
- Office of Federal Housing Enterprise Oversight
- Standard & Poor's

**All Other Materials Cited in This Declaration**