1  Michael C. Kelley (SBN 090062)
   mkelley@sidley.com
2  Bradley H. Ellis (SBN 110467)
   bellis@sidley.com
3  Jodi E. Lopez (SBN 231117)
   jlopez@sidley.com
4  SIDLEY AUSTIN LLP
   555 West Fifth Street, 40th Floor
5  Los Angeles, California 90013
   Telephone:  (213) 896-6000
6  Facsimile:   (213) 896-6600

7  Michael L. Rugen (SBN 85578)
   mrugen@sidley.com
8  Robert B. Martin III (SBN 235489)
   rbmartin@sidley.com
9  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
10 San Francisco, California 94104
   Telephone:  (415) 772-1200
11 Facsimile:   (415) 772-7400

12 Attorneys For Defendant KPMG LLP

13                UNITED STATES DISTRICT COURT

14               CENTRAL DISTRICT OF CALIFORNIA

15 IN RE NEW CENTURY                    ) Consolid. Case No. 2:07-cv-00931-DDP
                                        ) (FMOx)
16                                      )
                                        ) Assigned to:  Hon. Dean D. Pregerson
17                                      )
18                                      ) **DECLARATION OF JODI E. LOPEZ**
                                        ) **IN SUPPORT OF DEFENDANT**
19                                      ) **KPMG LLP'S MOTION FOR**
                                        ) **SUMMARY JUDGMENT OR, IN**
20                                      ) **THE ALTERNATIVE, SUMMARY**
                                        ) **ADJUDICATION**
21                                      )
                                        ) [Filed concurrently with Notice of Motion
22                                      ) and Motion for Summary Judgment or, In
                                        ) the Alternative, Summary Adjudication;
23                                      ) [Proposed] Statement of Uncontroverted
                                        ) Facts and Conclusions of Law;
24                                      ) [Proposed] Order; [Proposed] Judgment]
                                        )
25                                      )
                                        ) Date:  March 29, 2010
26                                      ) Time:  10:00 a.m.
                                        ) Place:  Courtroom 3
27 _____ )
28

DECLARATION OF JODI E. LOPEZ IN SUPPORT OF KPMG LLP'S MOTION FOR SUMMARY JUDGMENT, OR IN
THE ALTERNATIVE, SUMMARY ADJUDICATION – CASE NO. 2:07-CV-00931-DDP (FMO)
1700577v.2

## DECLARATION OF JODI E. LOPEZ

I, Jodi E. Lopez, declare as follows:

1.      I am an attorney licensed and admitted to practice law in the courts of the State of California, and am an associate at the law firm of Sidley Austin LLP, counsel of record to Defendant KPMG LLP ("KPMG") in the above-captioned action. I have personal knowledge of the facts stated herein, and, if called upon to do so, I could and would testify competently to each of them.  I submit this declaration in support of KPMG's Motion For Summary Judgment, Or In The Alternative, Summary Adjudication.

2.      Attached hereto as Exhibit A is a true and correct copy of a press release New Century Financial Corporation ("New Century") issued on February 7, 2007 entitled "New Century Financial Corporation To Restate Financial Statements For The Quarters Ended March 31, June 30 and September 30, 2006."

3.      Attached hereto as Exhibit B is a true and correct copy of a press release New Century issued on March 1, 2007 entitled "New Century Financial Corporation to File Form 12b-25 With the SEC."

4.      Attached hereto as Exhibit C is a true and correct copy of a Form 12b-25, Notification of Late Filing, which New Century filed with the United States Securities and Exchange Commission ("SEC") on March 2, 2007.

5.      Attached hereto as Exhibit D is a true and correct copy of a Schedule 13D/A, which New Century filed with the SEC on March 8, 2007.

6.      Attached hereto as Exhibit E is a true and correct copy of a press release New Century issued on March 8, 2007 entitled "New Century Financial Corporation Provides Update on Production, Financing and Other Matters."

7.      Attached hereto as Exhibit F is a true and correct copy of a Form 8-K, which New Century filed with the SEC on March 12, 2007.

1

DECLARATION OF JODI E. LOPEZ IN SUPPORT OF KPMG LLP'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION – CASE NO. 2:07-CV-00931-DDP (FMO)

1700577v.2

1    8.    Attached hereto as Exhibit G is a true and correct copy of a Form

2  8-K, which New Century filed with the SEC on March 13, 2007.

3    9.    Attached hereto as Exhibit H is a true and correct copy of a press

4  release New Century issued on March 13, 2007 entitled "NYSE Suspends Trading

5  New Century Financial Corporation Securities."

6    10.    Attached hereto as Exhibit I is a true and correct copy of a Form 8-

7  K, which New Century filed with the SEC on May 24, 2007.

8    11.    Attached hereto as Exhibit J is a true and correct copy of a

9  complaint filed by the SEC on December 7, 2009 in the United States District Court,

10 Central District of California against Brad A. Morrice, Patti M. Dodge, and David N.

11 Kenneally, for violations of the federal securities laws (Case No. SACV-09-01426).

12    12.    Attached hereto as Exhibit K is a true and correct copy of a press

13 release the SEC issued on December 7, 2009 entitled "SEC Charges Former Officers

14 of Subprime Lender New Century With Fraud."

15

16    I declare under penalty of perjury under the laws of the United States of

17 America that the foregoing is true and correct.  Executed on January 13, 2010 at Los

18 Angeles, California.

19

20    /s/ Jodi E. Lopez

21

22

23

24

25

26

27

28
<hr>
2

DECLARATION OF JODI E. LOPEZ IN SUPPORT OF KPMG LLP'S MOTION FOR SUMMARY JUDGMENT, OR IN
THE ALTERNATIVE, SUMMARY ADJUDICATION – CASE NO. 2:07-CV-00931-DDP (FMO)

LA1 1645212v.1
1700577v.2