# Exhibit B



Copyright 2007 PR Newswire Association LLC.
All Rights Reserved.
PR Newswire US

March 2, 2007 Friday 3:21 AM GMT

**LENGTH:** 284 words

**HEADLINE:** New Century Financial Corporation to File Form 12b-25 With the SEC

**DATELINE:** IRVINE, Calif. March 1

**BODY:**

IRVINE, Calif., March 1   /PRNewswire-FirstCall/ -- New Century Financial Corporation (NYSE:NEW), a mortgage real estate investment trust (REIT), today announced that it expects to file a Form 12b-25 with the Securities and Exchange Commission (SEC) with respect to its Annual Report on Form 10-K for the fiscal year ended December 31, 2006.   The Form 12b-25 will be filed with the SEC on March 2, 2007.

(Logo:   http://www.newscom.com/cgi-bin/prnh/20061012/LATH070LOGO   )

To receive e-mail alerts notifying you of the publication of the company's press releases, send an e-mail request to   ir@ncen.com .   Please note that individuals already on the company's press release e-mail distribution list do not need to submit a separate request.

About New Century Financial Corporation

Founded in 1995 and headquartered in Irvine, California, New Century Financial Corporation is a mortgage real estate investment trust, providing mortgage products to borrowers nationwide through its operating subsidiaries, New Century Mortgage Corporation and Home123 Corporation. The company offers a broad range of mortgage products designed to meet the needs of all borrowers.   New Century is committed to serving the communities in which it operates with fair and responsible lending practices.   To find out more about New Century, please visit http://www.ncen.com/ .

CONTACT:   Investors, Patti Dodge, Executive Vice President, +1-949-224-5719, or Carrie Marrelli, Vice President, +1-949-224-5745, or Amanda Fowler, Assistant Vice President, +1-949-862-7647, or Media, Laura Oberhelman, Director, +1-949-255-6716, all of New Century Financial Corporation

Web site:   http://www.ncen.com/

SOURCE New Century Financial Corporation

**URL:** http://www.prnewswire.com

**LOAD-DATE:** March 2, 2007