# Exhibit 1

Exhibit 1

# ALLAN WILLIAM KLEIDON

**Cornerstone Research**
1000 El Camino Real, Suite 250 • Menlo Park, CA 94025
650.470.7112 • fax 650.324.9204
akleidon@cornerstone.com

## CURRENT POSITIONS

**Cornerstone Research**
Senior Vice President

**University of Queensland, School of Business, Australia**
Honorary Professor

## EDUCATION

**University of Queensland, Australia**
Bachelor of Commerce, 1973
Bachelor of Commerce (First Class Honours), 1976
Bachelor of Laws (Honours), 1978

**Graduate School of Business, University of Chicago**
Master of Business Administration, 1981
Ph.D., 1983
  Finance examination, 1979
  Economics examination, 1980

## ACADEMIC EXPERIENCE

**School of Law, Stanford University**
Consulting Professor of Law (in Finance), 1994 – 2000
Lecturer in Law (in Finance), 2001 – 2003

**Graduate School of Business, Stanford University**
Lecturer in Finance, 1993 – 1994; 1997 – 1999; 2005 – 2006
Associate Professor of Finance, 1986 – 1992
Assistant Professor of Finance, 1982 – 1986

  Doctoral  Econometrics
            Empirical Research in Finance
            Doctoral Seminar in Finance

  Masters   Corporate Finance
            Management of Financial Institutions
            Derivatives

Executive International Investment Management Program
Financial Management Program

**University of California, Berkeley**
Visiting Associate Professor of Finance, 1992.
Lecturer (Finance), 2003

**University of Chicago**
Part-time teaching and tutoring, 1978 – 1982:
    Corporate Finance, Investments
Personal tutoring in finance, statistics, accounting, economics and mathematics.

**University of Queensland, Australia**
Honorary Professor, School of Business, 2008 – .
Full-time faculty, 1974 – 1978:
Finance (undergraduate, postgraduate), Business Economics (Honours), Scientific Method (Honours), Research Methods (M.B.A. level), Financial Accounting, Managerial Accounting

## HONORS

**Professional**
Business School Trust Faculty Fellow, 1990 – 1991
Batterymarch Fellowship, 1989 – 1990

**Graduate**
Dean's List all eligible quarters
1979 Finance Prize
1980 Center for Research in Security Prices Research Grant
1980 Beta Gamma Sigma

**Undergraduate**
1974 Institute of Chartered Accountants in Australia Prize in Finance
1976 Thomas Brown and Sons, Ltd. Prize in Commerce Honours

## RESEARCH

**Publications**

"Just How Much Damage Did Those Misrepresentations Actually Cause And To Whom?: Damages Measurement in 'Fraud on the Market' Securities Class Actions," joint with D. Lefler, *Securities Litigation & Enforcement Institute 2005,* 2005, pp. 285-325.

...

"The Stock Market Crashes of 1987 and 1989," joint with R. Mehra, *Business Cycles, Panics and Depressions*, D. Glassner, ed., Garland Press, New York, 1997.

"U.K. and U.S. Trading of British Cross-Listed Stocks: An Intraday Analysis of Market Integration," joint with I. Werner, *The Review of Financial Studies*, Vol. 9 (2), 1996, pp. 619-664.

"Bid-Ask Spreads in Foreign Exchange Markets: Implications for Models of Asymmetric Information," joint with D. A. Hsieh, in *Microstructure of Foreign Exchange Markets*, J. Frankel, G. Galli and A. Giovannini, eds., National Bureau of Economic Research, University of Chicago Press, 1996, pp. 41-65.

"Stock Market Crashes," in *Finance Handbook*, K. Jarrow, V. Maksimovic and W.T. Ziemba, eds., Elsevier Science B.V., North Holland, *Handbooks in OR & MS*, Vol. 9, 1995, pp. 465-495.

"Price Volatility and Volume Spillovers between the Tokyo and New York Stock Markets: Comment," *The Internationalization of Equity Markets*, J. Frankel, ed., National Bureau of Economic Research, University of Chicago Press, 1994, pp. 333-338.

"Market Maker Activity on Nasdaq: Implications for Trading Volume," joint with J. Gould, *Stanford Journal of Law, Business and Finance*, Vol. 1 (1), 1994, pp. 11-27.

"'Windfall' Gains in Mutual-to-Stock Conversion of Thrift Institutions?" joint with J. Barth and R. D. Brumbaugh, *Challenge: The Magazine of Economic Affairs*, Vol. 37 (4), 1994, pp. 43-49.

"CEO Performance, Board Types and Board Performance: A First Cut," joint with K.E. Scott, in *Institutional Investors and Corporate Governance*, T. Baums, R.M. Buxbaum, and K.J. Hobt, eds., de Gruyter, 1993, pp. 181-199.

"Market 2000," in *Modernizing U.S. Securities Regulation: Economic and Legal Perspectives*, K. Lehn and R.W. Kamphuis, Jr., eds., Business One Irwin, 1992, pp. 363-373.

"Arbitrage, Nontrading, and Stale Prices: October 1987," *Journal of Business*, Vol. 65 (4), 1992, pp. 483-507.

"One Market? Stocks, Futures and Options During October 1987," joint with R. Whaley, *Journal of Finance*, Vol. 47, 1992, pp. 851-877.

"Market and Environmental Uncertainty," *The New Palgrave Dictionary of Money and Finance*, The Macmillan Press, Vol. 2, 1992, pp. 651-653.

"The Stock Market Crashes of 1987 and 1989," joint with R. Mehra, *Business Cycles, Panics and Depressions*, D. Glassner, ed., Garland Press, New York, 1997.

"U.K. and U.S. Trading of British Cross-Listed Stocks: An Intraday Analysis of Market Integration," joint with I. Werner, *The Review of Financial Studies*, Vol. 9 (2), 1996, pp. 619-664.

"Bid-Ask Spreads in Foreign Exchange Markets: Implications for Models of Asymmetric Information," joint with D. A. Hsieh, in *Microstructure of Foreign Exchange Markets*, J. Frankel, G. Galli and A. Giovannini, eds., National Bureau of Economic Research, University of Chicago Press, 1996, pp. 41-65.

"Stock Market Crashes," in *Finance Handbook*, K. Jarrow, V. Maksimovic and W.T. Ziemba, eds., Elsevier Science B.V., North Holland, *Handbooks in OR & MS*, Vol. 9, 1995, pp. 465-495.

"Price Volatility and Volume Spillovers between the Tokyo and New York Stock Markets: Comment," *The Internationalization of Equity Markets*, J. Frankel, ed., National Bureau of Economic Research, University of Chicago Press, 1994, pp. 333-338.

"Market Maker Activity on Nasdaq: Implications for Trading Volume," joint with J. Gould, *Stanford Journal of Law, Business and Finance*, Vol. 1 (1), 1994, pp. 11-27.

"'Windfall' Gains in Mutual-to-Stock Conversion of Thrift Institutions?" joint with J. Barth and R. D. Brumbaugh, *Challenge: The Magazine of Economic Affairs*, Vol. 37 (4), 1994, pp. 43-49.

"CEO Performance, Board Types and Board Performance: A First Cut," joint with K.E. Scott, in *Institutional Investors and Corporate Governance*, T. Baums, R.M. Buxbaum, and K.J. Hobt, eds., de Gruyter, 1993, pp. 181-199.

"Market 2000," in *Modernizing U.S. Securities Regulation: Economic and Legal Perspectives*, K. Lehn and R.W. Kamphuis, Jr., eds., Business One Irwin, 1992, pp. 363-373.

"Arbitrage, Nontrading, and Stale Prices: October 1987," *Journal of Business*, Vol. 65 (4), 1992, pp. 483-507.

"One Market? Stocks, Futures and Options During October 1987," joint with R. Whaley, *Journal of Finance*, Vol. 47, 1992, pp. 851-877.

"Market and Environmental Uncertainty," *The New Palgrave Dictionary of Money and Finance*, The Macmillan Press, Vol. 2, 1992, pp. 651-653.

"Periodic Market Closure and Trading Volume: A Model of Intraday Bids and Asks," joint with W. A. Brock, *Journal of Economic Dynamics and Control*, Vol. 16, 1992, pp. 451-489.

"Underestimation of Portfolio Insurance and the Crash of October 1987," joint with C.J. Jacklin and P. Pfleiderer, *The Review of Financial Studies*, Vol. 5 (1), 1992, pp. 35–63.

"Are Stock Prices Excessively Sensitive to Current Information? Comment," joint with J. Lynch Koski, *Journal of Economic Behavior and Organization*, Vol. 18, 1992, pp. 127-131.

"Market Volatility: Review," *Journal of Economic Literature*, Vol. 29, December 1991, pp. 1760-1761.

"Tests de acotacion de la varianza Y modelos de valoracion del precio de las acciones," *Cuadernos Economicos De Ice*, Numero 38 (1), 1988, pp. 49-93. (Translation of "Variance Bounds Tests and Stock Price Valuation Models," *Journal of Political Economy*, Vol. 94 (5), 1986, pp. 953–1001.)

"The Probability of Gross Violations of a Present Value Variance Inequality: Reply," *Journal of Political Economy*, Vol. 96 (5), 1988, pp. 1093-1096.

"Bubbles, Fads and Stock Price Volatility Tests, A Partial Evaluation: Discussion," *Journal of Finance*, Vol. 43 (3), 1988, pp. 656-660.

"Anomalies in Financial Economics: Blueprint for Change?" *Journal of Business*, Vol. 59, 1986, S469-S499. Reprinted in *Rational Choice: The Contrast Between Economics and Psychology*, R. G. Hogarth and M. W. Reder, eds., University of Chicago Press, 1987.

"Empirical Assessment of Present Value Relations: Comment," *Econometric Reviews*, Vol. 5 (2), 1986, pp. 261-265.

"Variance Bounds Tests and Stock Price Valuation Models," *Journal of Political Economy*, Vol. 94, 1986, pp. 953-1001. (Reprinted in *The International Library of Financial Econometrics*, Andrew W. Lo, ed., Cheltenham: Edward Elgar, 2007, pp. 953-1001.)

"Bias in Small Sample Tests of Stock Price Rationality," *Journal of Business*, Vol. 59, 1986, pp. 237-261.

"New Evidence on the Nature of Size Related Anomalies in Stock Prices," joint with P. Brown and T. A. Marsh, *Journal of Financial Economics*, Vol. 12, 1983, pp. 33-56.

"Stock Return Seasonalities and the 'Tax-loss Selling' Hypothesis: Analysis of the Arguments and Australian Evidence," joint with P. Brown, D. B. Keim, and T. A. Marsh, *Journal of Financial Economics*, Vol. 12, 1983,

pp. 105-127. (Reprinted in *Share Markets and Portfolio Theory: Readings and Australian Evidence*, 2nd ed., R. Ball, P. Brown, F. Finn, and R. Officer, eds., University of Queensland Press, 1987.)

"International Arbitrage Pricing Theory: Discussion", joint with P. Pfleiderer, *Journal of Finance*, Vol. 38 (2), 1983, pp. 470-472.

"Stock Prices as Rational Forecasters of Future Cash Flows," Proceedings, *Seminar on the Analysis of Security Prices*, Vol. 27 (1), 1982, pp. 157-189.

"Mergers and the Trade Practices Act, 1974," joint with L. E. Bracker, Proceedings, *Tenth Students Congress of the Institute of Chartered Accountants in Australia* (Queensland Branch), April 1977.

"Some Problems Associated with the Prices Justification Tribunal," *The Chartered Secretary*, April-June 1975, pp. 67-74.

**Work in Progress**

"Why Nasdaq Market Makers Use Even-Eighths Quotes: A Model of Quote Clustering in Dealer Markets," joint with P. Pfleiderer.

**Conferences**

*Practising Law Institute, Securities Litigation & Enforcement Institute 2005*, San Francisco, September 2005: Panelist, "Just How Much Did Those Misrepresentations Actually Cause and to Whom: Damages Measurement in 'Fraud on the Market' Securities Class Actions."

*Practising Law Institute, Securities Litigation 2001*, San Francisco, November 2001: Panelist, "Damages: Illusion or Reality?"

*Professional Liability Underwriting Society, 2001 PLUS D&O Liability and Insurance Issues Symposium*, New York, February 2001: Panelist, "Causation & Damages Analysis in Volatile Securities Markets."

*Market Microstructure Program Meeting*, December 1998, NBER: Discussant, "The Effects of Market Reform on the Trading Costs and Depths of Nasdaq Stocks."

*Symposium on Electronic Call Market Trading*, New York University Salomon Center, April 1995: Session Chair, "Panel II: The Demand for Immediacy."

*Conference on Financial Markets' Reform*, Financial Markets Research Center, Vanderbilt University, April 1995: "Why do Christie and Schultz Infer Collusion From Their Data?"

*American Finance Association*, Annual Conference, January 1995: Discussant, "Market Making and the Competition for Order Flow," and Discussant, "Speculative Trading and Stock Market Volatility."

*The Microstructure of Foreign Exchange Markets*, Perugia, Italy, July 1994, NBER: "Bid-Ask Spreads in Foreign Exchange Markets: Implications for Models of Asymmetric Information."

*Western Finance Association*, Annual Conference, June 1994: Chair of Session on *Empirical Market Microstructure*.

*Global Competition in the Market for Markets*, The Fuqua School of Business/NYSE, Conference on Market Microstructure, November 1993: "Stock Market Crashes."

*The Internationalization of Equity Markets*, October 1993, NBER: "Price Volatility and Volume Spillovers between the Tokyo and New York Stock Markets: Comment."

*Western Finance Association*, Annual Conference, June 1993: "Round-the-Clock Trading: Evidence from Cross-Listed Securities."

*American Finance Association*, Annual Conference, January 1992: "One Market? Stocks, Futures and Options During October 1987."

*Western Finance Association*, Annual Conference, June 1989: "Exogenous Demand Shocks and Trading Volume: A Model of Intraday Bids and Asks."

Joint *American Economic Association-American Finance Association*, Annual Meetings, December 1987: "The Volatility Debate."

Institute for Mathematical Studies in the Social Sciences, Stanford University, July 1986: "Variance Bounds Tests and Stock Price Valuation Models."

Conference on the Behavioral Foundations of Economic Theory, University of Chicago, October 1985: "Anomalies in Financial Economics: Blueprint for Change?"

*Western Finance Association*, Annual Conference, June 1983: "Stock Return Seasonalities and the 'Tax-loss Selling' Hypothesis: Analysis of the Arguments and Australian Evidence."

*American Finance Association*, Annual Conference, December 1982: "Stock Prices as Rational Forecasters of Future Cash Flows."

*Center for Research in Security Prices*, Seminar on The Analysis of Security Prices, May 1982.

*Accounting Association of Australia and New Zealand*, Annual Conference, August 1976: "Accounting Theories and Practice: Arbitrary? Incorrigible? or Useful?"

*Accounting Association of Australia and New Zealand,* Annual Conference, August 1977: "The Paradigm of Accounting?"

*Institute of Chartered Accountants in Australia,* Student Congress (Queensland Branch), April 1977: "Mergers and the Trade Practices Act, 1974.

Paper prepared for the Japan Advisory Committee of the New York Stock Exchange

"Liberalization in the Japanese Financial Markets," with Kenneth J. Singleton, *Research Paper Series, Stanford University,* September 1989, Research Paper No. 1069, pp. 1–22.

Papers requested by and sent to Trade Practices Commission, Australian Government, Canberra

"The Structure of the Queensland Liquor Industry: Brewer-Hotel Ties of Trade, and the Trade Practices Act 1974."

"Theories of Government Regulation and the Queensland Liquor Industry."

"The Trade Practices Act 1974 and Queensland Brewer-Hotel Ties of Trade."

## SOCIETY MEMBERSHIP

American Finance Association

Western Finance Association

Australian Society of Accountants (Senior Associate)

The Econometric Society

Securities Institute of Australia

**OTHER PROFESSIONAL ACTIVITIES**

Associate Editor, *Journal of Finance*

Associate Editor, *Journal of Financial Economics*

Referee for: *National Science Foundation, Econometrica, Journal of Political Economy, American Economic Review, Journal of Monetary Economics, Journal of Money, Credit and Banking, Quarterly Journal of Economics, Journal of Financial Economics, Journal of Business, Journal of Finance, Journal of Financial and Quantitative Analysis, Journal of Accounting Research, Science, Australian Journal of Management,* and *Journal of Economic Behavior and Organization.*

Research consultant

**PERSONAL**

Raised in Toowoomba, Queensland, Australia. Graduated from Harristown State High School, 1969. Active in school sports (Sporting House Captain); Army Cadets (Cadet Commanding Officer, Head Cadet Under Officer); drama (President of Drama Club); debating (team captain); school prefect, and Vice School Captain. Recent interests include sports, music, drama, food and wine, and family. Birth date: 1/23/53.

December 2009

Page 35
Exhibit 1

# ALLAN WILLIAM KLEIDON
*Previous Expert Testimony*
*Past Four Years*

### TRIAL AND ARBITRATION TESTIMONY

*FemPharm Pty Ltd v. VIVUS, Inc.*
Testimony before JAMS, San Francisco, January 21 and 22, 2009

*In Re JDS Uniphase Corporation Securities Litigation*
Testimony before the Honorable Claudia Wilken, November 16, 2007

*David Kohan et al., v. NBC Studios et al.*
Testimony before the Honorable Warren L. Ettinger, March 26, 2007

*Richard Amtower v. Photon Dynamics, Inc. et al.*
Testimony before the Honorable John Garibaldi, May 1, 2006

### DEPOSITIONS

*In re The Cooper Companies, Inc. Securities Litigation*
December 19, 2009

*In re National Western Life Insurance Company Deferred Annuities Litigation*
October 8, 2009

*Merix Corporation Securities Litigation*
August 21, 2009

*In re Countrywide Financial Corporation Securities Litigation*
July 13, 2009

*In re Mutual Funds Investment Litigation*
June 25, 2009

*Computer Sciences Corporation ERISA Litigation*
June 16, 2009

*In re PETCO Animal Supplies, Inc. Shareholder Litigation*
March 23, 2009

*Maurice Levie et al. v. Sears, Roebuck and Co. et al.*
January 16, 2009

*Pharos Capital Partners, L.P. v. Deloitte & Touche, L.L.P. et al..*
January 8, 2009

*National Century Financial Enterprises, Inc. Financial Investment Litigation.*
December 10, 2008

*In Re Retek, Inc. Securities Litigation.*
April 11, 2008

*In Re Initial Public Offering Securities Litigation*
March 13, 2008

*In Re Magma Design Automation, Inc. Securities Litigation*
November 5, 2007

*In Re Parmalat Securities Litigation*
August 31, 2007

*In Re JDS Uniphase Corporation Securities Litigation*
March 22 and 23, 2007

## ALLAN WILLIAM KLEIDON
### *Previous Expert Testimony*
### *Past Four Years*

**DEPOSITIONS, CONT'D.**

*David Kohan et al., v. NBC Studios et al.*
January 8 and 9, 2007

*In Re AOL Time Warner Inc. Securities Litigation*
August 29, 2006

*Richard Amtower v. Photon Dynamics, Inc. et al.*
March 31, 2006

**DECLARATIONS AND REPORTS**

*Berks County Employees' Retirement Fund v. First American Corporation et al.*
December 14, 2009

*In re The Cooper Companies, Inc. Securities Litigation*
November 13, 2009 and December 4, 2009

*In re Federated Mutual Funds Excessive Fee Litigation*
September 9, 2009

*In re National Western Life Insurance Company Deferred Annuities Litigation*
September 3, 2009

*In re Countrywide Financial Corporation Securities Litigation*
June 22, 2009, June 29, 2009, and September 9, 2009

*Merix Corporation Securities Litigation*
June 1, 2009

*Computer Sciences Corporation ERISA Litigation*
May 26, 2009

*Michael Atlas et al. v. Accredited Home Lenders Holding Co. et al.*
April 10, 2009

*In re PETCO Animal Supplies, Inc. Shareholder Litigation*
March 6, 2009

*First American Corp. ERISA Litigation*
January 23, 2009, April 28, 2009, June 29, 2009, and July 1, 2009

*FemPharm Pty Ltd v. VIVUS, Inc.*
December 3, 2008

*National Century Financial Enterprises, Inc. Financial Investment Litigation*
October 17, 2008, May 20, 2009

*Pharos Capital Partners, L.P. v. Deloitte & Touche, L.L.P. et al.*
October 17, 2008

*Maurice Levie et al. v. Sears, Roebuck and Co. et al.*
June 26, 2008

*In the Matter of Comverse Technology, Inc.*
May 29, 2008

*In the Matter of Ulticom, Inc.*
May 2, 2008

# ALLAN WILLIAM KLEIDON
*Previous Expert Testimony*
*Past Four Years*

### DECLARATIONS AND REPORTS, CONT'D.

*In Re Retek, Inc. Securities Litigation*
   February 28, 2008

*Communications Workers of America Plan for Employees' Pensions and Death Benefits v. CSK Auto Corporation et al.*
   February 15, 2008

*In Re livedoor holdings Co., Ltd. Securities Litigation*
   January 22, 2008, January 31, 2008, August 29, 2008, October 3, 2008, October 8, 2008, November 3, 2008, and November 10, 2008

*In Re IPO Allocation Antitrust and Securities Litigations*
   December 20, 2007

*In Re Michaels Stores, Inc. Class and Derivative Action*
   November 19, 2007

*In Re Magma Design Automation, Inc. Securities Litigation*
   October 10, 2007 and November 15, 2007

*Thomas Ong et al. v. Sears, Roebuck and Co. et al.*
   September 28, 2007

*Clarey v. Sheppard Mullin Richter & Hampton et al.*
   November 8, 2007

*In Re Parmalat Securities Litigation*
   May 1, 2007 and June 14, 2007

*In Re JDS Uniphase Corporation Securities Litigation*
   February 5, 2007, March 5, 2007, June 26, 2007, August 31, 2007, September 5, 2007, September 30, 2007, October 4, 2007, and October 28, 2007

*Telco Group, Inc. v. Ameritrade, Inc. et al.*
   July 14, 2006

*In Re Friedman's Inc. Securities Litigation*
   May 12, 2006, July 5, 2006, July 7, 2006, and August 10, 2006

*LaGrasta et al. v. Wachovia Capital Markets, LLC, as successor to First Union Securities, Inc.*
   April 20, 2005 and April 3, 2006

*In Re AOL Time Warner Inc. Securities & "ERISA" Litigation*
   July 23, 2004, September 8, 2004, December 17, 2004, June 21, 2006, November 20, 2006, and January 12, 2007