# Exhibit 4



**Exhibit 4**
**Subprime Mortgage Foreclosures**
**2004 – 2007**

Source: Mortgage Bankers Association National Delinquency Survey [1]

| Year | Subprime Mortgage Foreclosures [2] |
|---|---|
| 2004 | 185,348 |
| 2005 | 184,060 |
| 2006 | 270,503 |
| 2007 | 505,940 |

Note:
Data are not seasonally adjusted. Mortgage foreclosures include foreclosures on any non-government (FHA or VA) loans.
[1] The National Delinquency Survey is based on a sample of more than 44 million mortgage loans serviced by mortgage companies, commercial banks, thrifts, credit unions and others.
[2] Mortgage Foreclosure Amount = Number Serviced * Mortgage Foreclosure %