1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NEW CENTURY ) | Consolid. Case No. 2:07-cv-00931-DDP (FMOx) |
| ) | Assigned to: Hon. Dean D. Pregerson |
| ) | |
| ) | **[PROPOSED] JUDGMENT** |
| ) | |

1  This action came before the Court on KPMG LLP's ("KPMG") Motion
2  for Summary Judgment (the "Motion"). After full consideration of the Motion,
3  opposition, and reply papers, arguments of counsel, and all other matters presented to
4  the Court,

5  **IT IS HEREBY ORDERED AND ADJUDGED** that judgment is
6  entered in favor of KPMG. Judgment is entered against Plaintiffs The New York
7  State Teachers' Retirement System, Carl Larson, and Charles Hooten, who
8  collectively purport to assert claims against KPMG for violations of Section 11 of the
9  Securities Act of 1933, 15 U.S.C. § 77k and Section 10(b) of the Securities Exchange
10 Act of 1934, 15 U.S.C. § 78j(b). Plaintiffs purport to assert these claims on behalf of
11 themselves and all other persons and entities, other than Defendants and their affiliates
12 as set forth in Plaintiffs' Second Amended Consolidated Class Action Complaint, who
13 purchased or acquired New Century Financial Corporation ("New Century") common
14 stock; New Century 9.125% Series A Cumulative Redeemable Preferred Stock; New
15 Century 9.75% Series B Cumulative Redeemable Preferred Stock; and/or New
16 Century call options and/or who sold New Century put options during the time period
17 between May 5, 2005 and March 13, 2007. The action against KPMG is dismissed on
18 the merits.

20 Dated:

21                                              Honorable Dean D. Pregerson