Michael C. Kelley (SBN 090062)
mkelley@sidley.com
Bradley H. Ellis (SBN 110467)
bellis@sidley.com
Jodi E. Lopez (SBN 231117)
jlopez@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, 40th Floor
Los Angeles, California 90013
Telephone:  (213) 896-6000
Facsimile:   (213) 896-6600

Michael L. Rugen (SBN 85578)
mrugen@sidley.com
Robert B. Martin III (SBN 235489)
rbmartin@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone:  (415) 772-1200
Facsimile:   (415) 772-7400

Attorneys For Defendant KPMG LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NEW CENTURY | Consolid. Case No. 2:07-cv-00931-DDP (FMOx)<br><br>Assigned to:  Hon. Dean D. Pregerson<br><br>**DECLARATION OF JODI E. LOPEZ IN SUPPORT OF DEFENDANT KPMG LLP'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>[Filed concurrently with Notice of Motion and Motion for Summary Judgment or, In the Alternative, Summary Adjudication; [Proposed] Statement of Uncontroverted Facts and Conclusions of Law; [Proposed] Order; [Proposed] Judgment]<br><br>Date:  March 29, 2010<br>Time:  10:00 a.m.<br>Place:  Courtroom 3 |

## DECLARATION OF JODI E. LOPEZ

I, Jodi E. Lopez, declare as follows:

1. I am an attorney licensed and admitted to practice law in the courts of the State of California, and am an associate at the law firm of Sidley Austin LLP, counsel of record to Defendant KPMG LLP ("KPMG") in the above-captioned action. I have personal knowledge of the facts stated herein, and, if called upon to do so, I could and would testify competently to each of them. I submit this declaration in support of KPMG's Motion For Summary Judgment, Or In The Alternative, Summary Adjudication.

2. Attached hereto as Exhibit A is a true and correct copy of a press release New Century Financial Corporation ("New Century") issued on February 7, 2007 entitled "New Century Financial Corporation To Restate Financial Statements For The Quarters Ended March 31, June 30 and September 30, 2006."

3. Attached hereto as Exhibit B is a true and correct copy of a press release New Century issued on March 1, 2007 entitled "New Century Financial Corporation to File Form 12b-25 With the SEC."

4. Attached hereto as Exhibit C is a true and correct copy of a Form 12b-25, Notification of Late Filing, which New Century filed with the United States Securities and Exchange Commission ("SEC") on March 2, 2007.

5. Attached hereto as Exhibit D is a true and correct copy of a Schedule 13D/A, which New Century filed with the SEC on March 8, 2007.

6. Attached hereto as Exhibit E is a true and correct copy of a press release New Century issued on March 8, 2007 entitled "New Century Financial Corporation Provides Update on Production, Financing and Other Matters."

7. Attached hereto as Exhibit F is a true and correct copy of a Form 8-K, which New Century filed with the SEC on March 12, 2007.

DECLARATION OF JODI E. LOPEZ IN SUPPORT OF KPMG LLP'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION – CASE NO. 2:07-CV-00931-DDP (FMO)

1700577v.2

8. Attached hereto as Exhibit G is a true and correct copy of a Form 8-K, which New Century filed with the SEC on March 13, 2007.

9. Attached hereto as Exhibit H is a true and correct copy of a press release New Century issued on March 13, 2007 entitled "NYSE Suspends Trading New Century Financial Corporation Securities."

10. Attached hereto as Exhibit I is a true and correct copy of a Form 8-K, which New Century filed with the SEC on May 24, 2007.

11. Attached hereto as Exhibit J is a true and correct copy of a complaint filed by the SEC on December 7, 2009 in the United States District Court, Central District of California against Brad A. Morrice, Patti M. Dodge, and David N. Kenneally, for violations of the federal securities laws (Case No. SACV-09-01426).

12. Attached hereto as Exhibit K is a true and correct copy of a press release the SEC issued on December 7, 2009 entitled "SEC Charges Former Officers of Subprime Lender New Century With Fraud."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 13, 2010 at Los Angeles, California.

/s/ Jodi E. Lopez