1  Michael C. Kelley (SBN 090062)
   mkelley@sidley.com
2  Bradley H. Ellis (SBN 110467)
   bellis@sidley.com
3  Jose F. Sanchez (SBN 161362)
   jose.sanchez@sidley.com
4  Jodi E. Lopez (SBN 231117)
   jlopez@sidley.com
5  SIDLEY AUSTIN LLP
   555 West Fifth Street, 40th Floor
6  Los Angeles, California 90013
   Telephone:   (213) 896-6000
7  Facsimile:    (213) 896-6600

8  Michael L. Rugen (SBN 85578)
   mrugen@sidley.com
9  Robert B. Martin III (SBN 235489)
   rbmartin@sidley.com
10 SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
11 San Francisco, California 94104
   Telephone:   (415) 772-1200
12 Facsimile:    (415) 772-7400

13 Attorneys For Defendant KPMG LLP

14

15                UNITED STATES DISTRICT COURT

16               CENTRAL DISTRICT OF CALIFORNIA

17 IN RE NEW CENTURY              )  Consolid. Case No. 2:07-cv-00931-DDP
                                  )  (FMOx)
18                                )  Assigned to:  Hon. Dean D. Pregerson
                                  )
19                                )
                                  )  **DEFENDANT KPMG LLP'S**
20                                )  **REQUEST FOR CASE**
                                  )  **MANAGEMENT CONFERENCE**
21                                )
                                  )
22                                )
                                  )
23                                )
                                  )
24                                )
                                  )
25                                )
                                  )
26                                )
                                  )
27 _____)

28

1    Defendant KPMG LLP ("KPMG") respectfully requests that this Court

2  hold a Rule 16 pre-trial scheduling conference on February 22, 2010 at 3:30 pm., or as

3  soon thereafter as is convenient for the Court, to address issues relating to scheduling

4  in the above-captioned matter.

5    This is a complex federal securities class action in which plaintiffs have

6  filed a 569-page Second Amended Consolidated Class Action Complaint (inclusive of

7  exhibits) against twenty-two (22) defendants.  Because the parties have been engaged

8  in protracted mediation efforts, this Court has not yet held a Scheduling Conference

9  pursuant to Fed. R. Civ. Pro. 16(a).  Although the parties continue to mediate, there

10  has been no resolution yet, and the litigation remains ongoing.  For example, the

11  parties have served and responded to requests to produce documents, and, to date, the

12  parties, as well as various third parties, have produced more than eleven million

13  (11,000,000) pages of documents.  In addition, KPMG now has filed (concurrently

14  herewith) its Motion for Summary Judgment on the narrow but dispositive grounds

15  that plaintiffs cannot, as a matter of law, establish loss causation.

16    Because the parties have not yet appeared before the Court for case

17  management and because discovery and motion practice are proceeding, the Court's

18  guidance and control are necessary with respect to scheduling and other case

19  management issues, including, among other things, the ordering of discovery, the

20  scope of discovery respecting KPMG's Motion for Summary Judgment, dates related

21  to class certification briefing, and a trial date.  *See* Fed. R. Civ. Pro. 16(a).  As this

22  Court has recognized, judicial oversight over this matter is important to the efficient

23  progress of the case.  *See* Dkt. 333, Order Denying Defendants' Motions to Dismiss

24  and Denying Motion to Strike (Dec. 3, 2008) (denying KPMG's motion to dismiss on

25  loss causation grounds but noting that the "Court may consider alternative

26  mechanisms, in addition to the regular noticed motion process, to resolve issues in this

27  case in a manner that streamlines arguments, avoids overlap, and conserves judicial

28

1

resources"). Accordingly, KPMG requests that this Court hold a pre-trial scheduling conference pursuant to Fed. R. Civ. Pro. 16 to ensure that this litigation proceeds in the manner most efficient for the Court and the parties.[1]


Dated: January 13, 2010                    Respectfully submitted,

                                           /s/ Michael L. Rugen
                                           Attorneys for KPMG LLP

---

[1] The parties started the Rule 26(f) meet and confer process but have not concluded their discussions. KPMG has proposed to plaintiffs that the parties resume the meet and confer pursuant to Rule 26(f) in an effort to agree to a proposed schedule, so that a report or reports respecting those efforts may be filed in advance of the Rule 16 conference.

DEFENDANT KPMG LLP'S REQUEST FOR CASE MANAGEMENT CONFERENCE – CASE NO. 2:07-CV-00931-DDP (FMO)