Michael C. Kelley (SBN 090062)
mkelley@sidley.com
Bradley H. Ellis (SBN 110467)
bellis@sidley.com
Jose F. Sanchez (SBN 161362)
jose.sanchez@sidley.com
Jodi E. Lopez (SBN 231117)
jlopez@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, 40th Floor
Los Angeles, California 90013
Telephone:   (213) 896-6000
Facsimile:    (213) 896-6600

Michael L. Rugen (SBN 85578)
mrugen@sidley.com
Robert B. Martin III (SBN 235489)
rbmartin@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone:  (415) 772-1200
Facsimile:   (415) 772-7400

Attorneys For Defendant KPMG LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NEW CENTURY | Consolid. Case No. 2:07-cv-00931-DDP (FMOx)<br>Assigned to: Hon. Dean D. Pregerson<br><br>**[PROPOSED] ORDER GRANTING KPMG LLP'S REQUEST FOR CASE MANAGEMENT CONFERENCE** |

[PROPOSED] ORDER

   KPMG LLP ("KPMG") requested that the Court hold a Rule 16 pre-trial scheduling conference on February 22, 2010 at 3:30 p.m.

   After full consideration of the request and all other matters presented to the Court, KPMG's Request is **GRANTED**. It is **HEREBY ORDERED** that the parties shall appear before the Court on February 22, 2010 at 3:30 p.m. for a scheduling conference regarding case management issues, including, among other things, the ordering of discovery, the scope of discovery respecting KPMG's Motion for Summary Judgment, dates related to class certification briefing, and a trial date.

**IT IS SO ORDERED.**

Dated: _____

                 Honorable Dean D. Pregerson