| | |
|---|---|
| 1 | Michael C. Kelley (SBN 090062) |
| | mkelley@sidley.com |
| 2 | Bradley H. Ellis (SBN 110467) |
| | bellis@sidley.com |
| 3 | Jose F. Sanchez (SBN 161362) |
| | jose.sanchez@sidley.com |
| 4 | Jodi E. Lopez (SBN 231117) |
| | jlopez@sidley.com |
| 5 | SIDLEY AUSTIN LLP |
| | 555 West Fifth Street, 40th Floor |
| 6 | Los Angeles, California 90013 |
| | Telephone:  (213) 896-6000 |
| 7 | Facsimile:   (213) 896-6600 |

Michael L. Rugen (SBN 85578)
mrugen@sidley.com
Robert B. Martin III (SBN 235489)
rbmartin@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone:  (415) 772-1200
Facsimile:   (415) 772-7400

Attorneys For Defendant KPMG LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NEW CENTURY | ) Consolid. Case No. 2:07-cv-00931-DDP (FMOx) |
| | ) |
| | ) Assigned to: Hon. Dean D. Pregerson |
| | ) |
| | ) **NOTICE OF ERRATA** |
| | ) |

On January 13, 2010, Defendant KPMG LLP ("KPMG") erroneously filed the document entitled "Defendant KPMG LLP's Notice of Motion and Motion For Summary Judgment Or, In The Alternative, Summary Adjudication" ("Motion") (C.D. Cal. Dkt. 439) without lodging the [Proposed] Statement of Uncontroverted Facts and Conclusions of Law, [Proposed] Order, and [Proposed] Judgment as attachments to the Motion. Given the erroneously filed Motion, the document entitled "Declaration of Jodi E. Lopez In Support of Defendant KPMG LLP's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication" ("Lopez Declaration") (C.D. Cal. Dkt. No. 440) was linked to the erroneously filed Motion.

KPMG has now re-filed the Motion with the attachments (C.D. Cal. Dkt. No. 441) and the Lopez Declaration (C.D. Cal. Dkt. No. 442).

Dated: January 13, 2010            Respectfully submitted,

Jodi E. Lopez (No. 231117)
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, California 90013
(213) 896-6000

/s/ Jodi E. Lopez