Michael C. Kelley (SBN 090062)
mkelley@sidley.com
Bradley H. Ellis (SBN 110467)
bellis@sidley.com
Jose F. Sanchez (SBN 161362)
jose.sanchez@sidley.com
Jodi E. Lopez (SBN 231117)
jlopez@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, 40th Floor
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Michael L. Rugen (SBN 85578)
mrugen@sidley.com
Robert B. Martin III (SBN 235489)
rbmartin@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Attorneys For Defendant KPMG LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NEW CENTURY | Consolid. Case No. 2:07-cv-00931-DDP (FMOx)<br>Assigned to: Hon. Dean D. Pregerson<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA        )
                                              )
COUNTY OF LOS ANGELES )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 West Fifth Street, Suite 4000, Los Angeles, California 90013-1010.

      On January 13, 2010, I served on all interested parties in this action as follows (or as on the attached service list) the document(s) described as:

    1.      **DEFENDANT KPMG LLP'S REQUEST FOR CASE MANAGEMENT CONFERENCE;**
    2.      **[PROPOSED] ORDER**

☐ (VIA U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope with postage thereon fully prepaid, for collection and mailing at Sidley Austin LLP, Los Angeles, California. I am readily familiar with Sidley Austin LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☐ (VIA EXPRESS MAIL) I served the foregoing document(s) by Express Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope, with Express Mail postage thereon fully prepaid, for collection and mailing at Sidley Austin LLP, Los Angeles, California. I am readily familiar with Sidley Austin LLP's practice for collection and processing of Express Mail for mailing with the United States Postal Service. Under that practice, the Express Mail would be delivered to an authorized courier or dealer authorized by Express Mail to receive document(s) in the United States Postal Service on that same day in the ordinary course of business.

☐ (VIA FACSIMILE) I caused the foregoing document(s) to be served by facsimile transmission by use of facsimile machine number (213) 896-6600 to each interested party at the facsimile machine telephone number shown. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served.

☐ (VIA OVERNIGHT COURIER ) I caused each such document(s) to be sent by for overnight delivery. I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope, with fees thereon fully prepaid, for collection and delivery at Sidley Austin LLP, Los Angeles, California. I am readily familiar with Sidley Austin LLP's practice for collection and delivery of express carrier package for delivery with . Under that practice, the package(s) would be delivered to an authorized courier or dealer authorized by  to receive document(s) on that same day in the ordinary course of business.

1  ☐ (VIA HAND DELIVERY) I caused the foregoing document(s) to be personally served by hand to the addressee(s) shown above at the address(es) shown above.

2  ☐ (VIA HAND DELIVERY BY COURIER) I personally served the foregoing document(s) in this action by delivering such document(s) by hand to the addressee(s) shown above at the address(es) shown above, unless otherwise noted above.

3

4  ☒ (VIA E-MAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

5

6

7   I hereby certify that I am employed in the office of a member of the Bar of the Court as whose direction the service was made.

8

9   Executed on January 13, 2010 at Los Angeles, California.

10

11   /s/ Jodi E. Lopez
     By:

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

2

CERTIFICATE OF SERVICE

# SERVICE LIST

## In re New Century
**United States District Court for the Central District of California**
**Case No. 2:07-CV-00931 DDP**

| PARTY | COUNSEL | PHONE & FAX |
|---|---|---|
| Plaintiff Avi Gold | Laurence D. Paskowitz, Esq.<br>**Paskowitz and Associates**<br>60 East 42nd Street, 46th Floor<br>New York , NY 10016 | Phone:  (212) 685-0969<br>Fax:      (212) 685-2306 |
| | Lionel Z. Glancy, Esq.<br>lglancy@glancylaw.com<br>Michael M. Goldberg, Esq.<br>mmgoldberg@glancylaw.com<br>Peter A. Binkow, Esq.<br>pbinkow@glancylaw.com<br>**Glancy Binkow and Goldberg**<br>1801 Avenue of the Stars<br>Suite 311<br>Los Angeles , CA 90067 | Phone:   (310) 201-9150<br>Fax:       (310) 201-9160 |
| | Nancy Kaboolian, Esq.<br>nkaboolian@abbeyspanier.com<br>**Abbey Spanier Rodd and Abrams**<br>212 E 39th St<br>New York , NY 10016 | Phone:  (212) 889-3700<br>Fax:       (212) 684-5191 |
| | Roy L. Jacobs, Esq.<br>rljacobs@pipeline.com<br>**Roy Jacobs and Associates**<br>60 East 42nd Street 46th Floor<br>New York , NY 10165 | Phone:  (212) 867-1156<br>Fax:       (212) 504-8343 |
| Plaintiff New York State Teachers Retirement System | Blair A Nicholas, Esq.<br>blairn@blbglaw.com<br>Elizabeth P Lin, Esq.<br>elizabethl@blbglaw.com<br>Matthew P Siben, Esq.<br>matthews@blbglaw.com<br>Benjamin Galdston, Esq.<br>beng@blbglaw.com<br>Matthew Patrick Jubenville, Esq.<br>matthewj@blbglaw.com<br>**Bernstein Litowitz Berger & Grossmann LLP**<br>12481 High Bluff Drive Suite 300<br>San Diego , CA 92130 | Phone: (858) 793-0070<br>Fax:      (858) 793-0323 |

| | | |
|---|---|---|
| | Gerald H Silk, Esq.<br>jerry@blbglaw.com<br>Hannah E Greenwald, Esq.<br>hannah@blbglaw.com<br>Lauren A McMillen, Esq.<br>laurenm@blbglaw.com<br>Max W Berger, Esq.<br>mwb@blbglaw.com<br>Noam Mandel, Esq.<br>noam@blbglaw.com<br>Salvatore J Graziano, Esq.<br>sgraziano@blbglaw.com<br>**Bernstein Litowitz Berger & Grossmann LLP**<br>1285 Avenue of the Americas<br>New York , NY 10019 | Phone: (212 )554-1400<br>Fax:     (212) 554-1444 |
| Plaintiff Charles Hooten | James S Cahill, Esq.<br>j.cahill@rossbacherlaw.com<br>Rossbacher Firm<br>811 Wilshire Blvd, Ste 1650<br>Los Angeles , CA 90017-2666 | Phone: (213) 895-6500<br>Fax:     (213) 895-6161 |
| | Kevin M McGee, Esq.<br>kmcgee@zsz.com<br>Zwerling Schachter & Zwerling<br>595 South Federal Highway, Suite 600<br>Boca Raton , FL 33432 | Phone: (561) 544-2500<br>Fax:     (561) 544-2501 |
| | Richard A Speirs, Esq.<br>rspeirs@zsz.com<br>Zwerling Schachter and Zwerling<br>41 Madison Avenue<br>New York , NY 10010 | Phone: (212) 223-3900<br>Fax:     (212) 371-5969 |
| Plaintiff Carl Larson | Marvin L. Frank, Esq.<br>mfrank@murrayfrank.com<br>**Murray, Frank & Sailer LLP**<br>275 Madison Ave.<br>New York, NY 10016 | Phone: (212) 682-1818<br>Fax:     (212) 682-1892 |
| Defendant Robert K. Cole | Manuel A. Abascal, Esq.<br>manny.abascal@lw.com<br>Ethan J. Brown, Esq.<br>ethan.brown@lw.com<br>Peter W. Baldwin, Esq.<br>pete.baldwin@lw.com<br>**Latham & Watkins LLP**<br>355 S. Grand Ave.<br>Los Angeles, CA 90071-1560 | Phone: (213) 485-1234<br>Fax:     (213) 891-8763 |

| | | |
|---|---|---|
| Defendants Brad A. Morrice and Patti M. Dodge | John W. Spiegel, Esq.<br>spiegeljw@mto.com<br>Kathleen M. McDowell, Esq.<br>kathleen.mcdowell@mto.com<br>Daniel A. Lyons, Esq.<br>daniel.lyons@mto.com<br>**Munger, Tolles & Olson LLP**<br>355 S. Grand Ave.,<br>Thirty-Fifth Floor<br>Los Angeles, CA 90071-1560 | Phone:  (213) 683-9100<br>Fax:      (213) 687-3702 |
| Defendant William J. Popejoy | Ronald Rus, Esq.<br>rrus@rusmiliband.com<br>Joel Miliband, Esq.<br>jmiliband@rusmiliband.com<br>Leo J. Presiado, Esq.<br>lpresiado@rusmiliband.com<br>**Rus, Miliband & Smith**<br>2211 Michelson Drive<br>Seventh Floor<br>Irvine, CA 92612 | Phone:  (949) 752-7100<br>Fax:      (949) 252-1514 |
| Defendants Marilyn A. Alexander, Harold A. Black, David Einhorn, Fredric J. Forster, Donald E. Lange, Michael M. Sachs, Terrence P. Sandvik and Richard A. Zona | Wayne W. Smith, Esq.<br>wsmith@gibsondunn.com<br>Meryl L. Young, Esq.<br>myoung@gibsondunn.com<br>Matthew E. Lilly, Esq.<br>mlilly@gibsondunn.com<br>**Gibson, Dunn & Crutcher LLP**<br>3161 Michelson Drive<br>Irvine, CA 92612-4412 | Phone:  (949) 451-3800<br>Fax:      (949) 451-4220 |
| Defendants Bear Stearns & Co., Inc., Deutsche Bank Securities, Inc., Jefferies & Company, Inc., JMP Securities, LLC, Morgan Stanley & Co., Piper Jaffray & Co., Roth Capital Partners, LLC, and Stifel Nicolaus & Co. | William F. Sullivan, Esq.<br>williamsullivan@paulhastings.com<br>John S. Durrant, Esq.<br>johndurrant@paulhastings.com<br>Eleanor K. Mercado, Esq.<br>eleanormercado@paulhastings.com<br>D. Scott Carlton, Esq.<br>**Paul, Hastings, Janofsky & Walker LLP**<br>515 S. Flower Street, Twenty-Fifth Floor<br>Los Angeles, CA 90071-2228 | Phone: (213) 683-6000<br>Fax:      (213) 627-0705 |

| Defendant Edward F. Gotschall | Harriet S. Posner, Esq.<br>hposner@skadden.com<br>Jack P. DiCanio, Esq.<br>jack.dicanio@skadden.com<br>Jarrett A. Green, Esq.<br>jarrett.green@skadden.com<br>**Skadden, Arps, Slate, Meagher & From, LLP**<br>300 South Grand Ave., 34th Floor<br>Los Angeles, CA 90071 | Phone: (213) 687-5000<br>Fax:    (213) 687-5600 |
|---|---|---|

4

CERTIFICATE OF SERVICE