# SUPPLEMENTAL DECLARATION OF
# ALLAN W. KLEIDON, Ph.D.

**In re New Century Financial Corporation Consolidated Class Action**

**February 26, 2010**

1.      I am a Senior Vice President at Cornerstone Research, a financial and economic consulting firm, and an Honorary Professor in the School of Business at the University of Queensland in Australia.  My qualifications, assignment, and opinions in this matter are contained in my Declaration dated January 12, 2010 ("Declaration").

2.      In addition to the analyst reports listed in Exhibit 2 to my Declaration, I have reviewed the analyst reports covering New Century Financial Corporation ("New Century" or "the Company") listed in Exhibit 1 to this Supplemental Declaration.  To my knowledge, Exhibit 2 to my Declaration and Exhibit 1 to this Supplemental Declaration comprise all analyst reports currently available to me from February 7, 2007 through June 30, 2007, which is more than three months beyond the March 13, 2007 end of the putative class period ("Class Period").

3.      Since completing my Declaration, I have received nineteen additional analyst reports that came from plaintiffs' production.  I reviewed these reports.  In addition, I also directed staff to conduct a new search of currently available analyst reports from Investext (a Thomson Research company that distributes historical analyst reports) from February 7, 2007 through June 30, 2007.  Investext is a company well known within the financial industry to be a reliable source of historical analyst reports that are currently available, and in my personal experience, I have found Investext to be a highly reliable source of such reports.

This new search identified five additional analyst reports. I have reviewed these reports as well.

4.  My review of the additional analyst reports in Exhibit 1 confirms the opinions in my Declaration. In particular, I find no evidence that the market understood the reference to "and prior periods," any other aspect of the March 2, 2007 announcement, or any aspect of any other Company announcement during the alleged disclosure period, to mean that errors existed in New Century's 2005 financial statements or in the KPMG 2005 audit report; and I find that no declines in New Century's stock price during the Class Period are attributable to perceived errors in New Century's 2005 financial statements or the KPMG 2005 audit report.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26th day of February in 2010 in Menlo Park, CA.

_Allan W. Kleidon_
Allan W. Kleidon

# Exhibit 1
# List of Additional Analyst Reports Reviewed

| Contributor | Date |
|---|---|
| JPMorgan Chase & Co. | February 7, 2007 |
| UBS Securities LLC | February 7, 2007 |
| JMP Securities LLC | February 8, 2007 |
| Keefe, Bruyette & Woods | February 8, 2007 |
| Morgan Stanley | February 8, 2007 |
| Stifel, Nicolaus & Company | February 13, 2007 |
| JPMorgan Chase & Co. | February 14, 2007 |
| ValuEngine, Inc. | February 14, 2007 |
| UBS Securities LLC | February 22, 2007 |
| ValuEngine, Inc. | February 22, 2007 |
| Keefe, Bruyette & Woods | February 26, 2007 |
| Stifel, Nicolaus & Company | March 5, 2007 |
| ValuEngine, Inc. | March 6, 2007 |
| ValuEngine, Inc. | March 7, 2007 |
| JPMorgan Chase & Co. | March 8, 2007 |
| JMP Securities LLC | March 9, 2007 |
| Keefe, Bruyette & Woods | March 9, 2007 |
| Stifel, Nicolaus & Company | March 9, 2007 |
| UBS Securities LLC | March 9, 2007 |
| UBS Securities LLC | March 12, 2007 |
| UBS Securities LLC (2 Pages) | April 3, 2007 |
| UBS Securities LLC (5 Pages) | April 3, 2007 |
| JPMorgan Chase & Co. | April 25, 2007 |
| Bear, Stearns & Co., Inc. | April 26, 2007 |