UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 07-00931 DDP (JTLx)                                          Dated: April 30, 2010

Title:   AVI GOLD, individually and on behalf of all others similarly situated -v- BRAD A. MORRICE, TAJ S. BINDRA, ROBERT K. COLE, PATTI M. DODGE, NEW CENTURY FINANCIAL CORP.
========================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

   John A. Chambers                                     None Present
   Courtroom Deputy                                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                                 None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)


   **COUNSEL ARE NOTIFIED** that on the Court's own motion the DEFENDANT KPMG LLPS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUSICATION (FILED ON 01-13-10), MOTION TO STRIKE THE EXPERT DECLARATION OF ALLAN W. KLEIDON FILED BY PLAINTIFFS NEW YORK STATE TEACHERS' RETIREMENT SYSTEM (FILED ON 03-15-10), MOTION TO STRIKE EXPERT DECLARATION DECLARATION FILED BY DEFENDANT KPMG LLP (FILED ON 04-14-10), MOTION TO STRIKE EXPERT DECLARATION OF CHAD COFFMAN DECLARATION FILED BY DEFENDANT KPMG LLP (FILED ON 04-14-10) and the MOTION TO STRIKE EXPERT DECLARATION OF H. NEJAT SEYHUN DECLARATION FILED BY DEFENDANT KPMG LLP (FILED ON 04-14-10) are hereby continued from May 24, 2010 to September 27, 2010 at 10:00 a.m.  Briefing shall be controlled by the local rules.


MINUTES FORM 11                                              Initials of Deputy Clerk   JAC
CIVIL -- GEN