HULETT HARPER STEWART LLP
DENNIS STEWART, SBN: 99152
BLAKE MUIR HARPER, SBN: 115756
525 B Street, Suite 760
San Diego, CA  92101
Telephone:   (619) 338-1133
Facsimile:    (619) 338-1139
e-mail: dstewart@hulettharper.com
            bmh@hulettharper.com

Liaison Counsel for Plaintiff,
The Preferred Share Purchasers Group
[Additional Counsel on Signature Page]

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| IN RE NEW CENTURY FINANCIAL CORPORATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Case No. 2:07-cv-00931 DDP (JTLx)<br><br>**CLASS ACTION**<br><br>**NOTICE OF REMOVAL OF COUNSEL**<br><br>JUDGE:   Honorable Dean D. Pregerson<br>CTRM:    Courtroom 3, 2nd Floor |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Please take notice that attorney Jennifer Kagan is no longer counsel for Plaintiff and should be removed from the service list in the above referenced case.

DATED: March 8, 2012

HULETT HARPER STEWART LLP
DENNIS STEWART
BLAKE MUIR HARPER

  /s/Blake Muir Harper
BLAKE MUIR HARPER

525 B Street, Suite 760
San Diego, CA  92101
Telephone:  (619) 338-1133
Facsimile:  (619) 338-1139

Liaison Counsel for Plaintiff,
The Preferred Share Purchasers Group

KAHN GAUTHIER SWICK LLC
MICHAEL A. SWICK
KIM MILLER
12 East 41st Street, 12th Floor
New York, NY  10017
Telephone:  (212) 920-4310
Facsimile:  (504) 455-1498
e-mail:  michael.swick@kgscounsel.com
 kim.miller@kgscounsel.com

KAHN GAUTHIER SWICK, LLC
LEWIS KAHN
650 Poydras Street, Suite 2150
New Orleans, LA  70130
Telephone:  (504) 455-1400
Facsimile:  (504) 455-1498
e-mail:  lewis.kahn@kgscounsel.com

Counsel for Plaintiff, The Preferred Share Purchasers Group

**PROOF OF SERVICE**
*In re New Century*
CASE NO.: 2:07-cv-00931 DDP (JTLx)

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 525 B Street, Suite 760, San Diego, CA 92101.

That on March 8, 2012, I served the following document(s) entitled: **NOTICE OF REMOVAL OF COUNSEL** on ALL INTERESTED PARTIES in this action:

**SEE ATTACHED SERVICE LIST**

☒ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Diego, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be contained in an overnight envelope and to be deposited in a **Federal Express/Overnite Express** box located at 525 B Street, San Diego, California, for delivery to the above address(es).

☐ **BY FAX:** I transmitted a copy of the foregoing document(s) this date via telecopier to the facsimile numbers shown on the attached service list. The facsimile machine I used reported no error and I caused the machine to print a transmission record of the transmission.

☒ **BY CM/ECF Electronic Service:** I caused such document to be served via the Court's electronic filing system on all registered parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 8, 2012, at San Diego, California.

   */s/Blake Muir Harper*
   BLAKE MUIR HARPER

2:07-cv-00931 DDP (JTLx)

| | |
|---|---|
| Alan Duane Berg<br>Alan Berg Law Offices<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, CA 91403 | Jonathan E Perlman<br>Genovese Joblove & Battista<br>100 Southeast Second Street, 44th Floor<br>Miami, FL 33131 |
| Chad Allen Carder<br>Barrack Rodos and Bacine<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103 | Laurence D Paskowitz<br>Paskowitz and Associates<br>60 East 42nd Street, 46th Floor<br>New York, NY 10016 |
| Daniel A Lyons<br>Munger Tolles & Olson<br>355 S. Grand Ave.<br>35th floor<br>Los Angeles, CA 90071-1560 | Leonard Barrack<br>Barrack Rodos & Bacine<br>3300 Two Commerce Square<br>2001 Market St Suite 3300<br>Philadelphia, PA 19103 |
| David C Cimo<br>Genovese Joblove & Battista, P.A.<br>100 Southeast Second Street<br>44th Floor<br>Miami, FL 33131 | Max W Berger<br>Bernstein Litowitz Berger & Grossman<br>1285 Avenue of the Americas<br>New York, NY 10019 |
| Elizabeth P Lin<br>Bernstein Litowitz Berger & Grossmann LLP<br>12481 High Bluff Drive Suite 300<br>San Diego, CA 92130-3582 | Michael A Swick<br>Kahn Gauthier Swick LLC<br>12 East 41st Street 12th Floor<br>New York, NY 10017 |
| Frederic S Fox<br>Kaplan Fox & Kilsheimer<br>850 Third Avenue, 14th Fl<br>New York, NY 10022 | Nicolette Tropiano<br>Schiffrin Barroway Topaz & Kessler, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 |
| Gerald H Silk<br>Bernstein Litowitz Berger & Grossmann<br>1285 Avenue of the Americas<br>New York, NY 10019 | Noam Mandel<br>Bernstein Litowitz Berger & Grossmann<br>1285 Avenue of the Americas<br>New York, NY 10019 |
| John J Rice<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-3301 | Richard S Schiffrin<br>Schiffrin Barroway Topaz and Kessler<br>280 King of Prussia Road<br>Radnor, PA 19087 |
| | Stacy J Marsh<br>Gibson Dunn and Crutcher<br>3161 Michelson Drive<br>Irvine, CA 92612-4412 |